Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| In Re: | ) | Chapter 11 |
|---|---|---|
| Nutrition 53, Inc. | ) | Case No.: |
| Debtor | ) | LIST OF TWENTY LARGEST CREDITORS |

    I declare that the attached list of the Twenty Largest Creditors consisting of one (1) sheets, contains the correct, complete, and current names and addresses of the largest unsecured non-insider creditors currently known to Debtor(s) and that this list conforms with the Clerk's promulgated requirements.

Dated: August 11, 2023

By: _____
Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956

- 1

| Company Name | Contact | Email | Street Address | City, State ZIP Code | Nature of Claim | Amount |
|---|---|---|---|---|---|---|
| Jonathan Padilla | Jonathan Padilla | spelunka73@gmail.com | 1117 Ocean Ave., #308 | San Francisco, Ca, 94112 | Loan | $1,505,633 |
| [Amazon.com](Amazon.com) | Amazon Capital Services, Inc. | amazon-lending@amazon.com | 410 Terry Ave. North | Seattle, WA 98109 | Loan | $361,000.00 |
| Jon Douglas Swartz | J.D. Swartz | jdswartz@hotmail.com | 40 Center St. | San Rafael CA 94901 | Loan | $200,000.00 |
| Mihir Mange | Mihir Mange | mihir@initialyze.com | 9662 Velvet Leaf Circle | San Ramon, CA 94582 | Loan | $200,000.00 |
| Nebo Web Inc | Mercedes Oben | chuchay@wideumbrella.com | 108 Samat St. Ayala Alabang Village | Muntinlupa Philippines 1780 | Loan | $101,666.67 |
| Pinecrest Capital Partners | Barrett Kingsriter | wromanowski@pinecrestcap.com | 8235 Douglas Ave, Suite 550 | Dallas, TX 75225 | Loan | $63,558.46 |
| Third Wind Holdings LLC | Rogers Healy | wromanowski@pinecrestcap.com | 5550 Preston Road, Suite B | Dallas, TX 75205 | Loan | $50,697.87 |
| Command Nutritionals | Cristina Coutinho | ccoutinho@commandnutritionals.com / 973-227-8210 | 10 Washington Ave. | Fairfield, NJ 07004 | Trade Debt | $246,836.83 |
| Smoothie King Franchises, Inc. | Barbara Mayrand | Barbara.Mayrand@smoothieking.com | 9797 Rombauer, Ste. 150 | Dallas, TX 75019 | Trade Debt | $232,365.45 |
| Federal Express | USCollection Dept. | BillingOnline@fedex.com/+1-888-780-4580 | P.O. Box 7221 | Pasadena CA 91109 | Trade Debt | $60,960.28 |
| Proform Laboratories | Kaitlyn Walker | billing@proformlabs.com | 5001 Industrial Way | Benicia, CA 94510 US | Trade Debt | $57,352.76 |
| Boos & Associates | Marissa Guzman | mguzman@booscpa.com/+15594087225 | 5260 N. Palm Ave Suite 120 | Fresno, CA 93704-2216 | Trade Debt | $14,598.86 |
| Altec Packaging, Inc | Stacie L. Pearson | Staciep@altecpkg.com | 1711 Junction Ct., #350 | San Jose, CA 95112 | Trade Debt | $5,534.80 |
| Total Quality Logistics | Anthony Gettys | AGettys@tql.com / 504 875-7998 | P.O. Box 634558 | Cincinnati, OH 45263-4558 | Trade Debt | $5,155.00 |
| Central Transport | Samantha | cs.collections@centraltransport.com | 12225 Stephens Rd. | Warren, MI 48089 | Trade Debt | $3,360.00 |
| Boutin Jones Inc | Boutin Jones Accounting | accounting@boutinjones.com | 555 Capitol Mall, Suite 1500 | Sacramento, CA 95814 | Trade Debt | $2,064.00 |