GREGORY S. POWELL (SBN 182199)
Assistant United States Trustee
TREVOR R. FEHR (SBN 316699)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Trevor.Fehr@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 23-40997 CN |
| | Chapter 11 |
| NUTRITION 53, INC., | |
| Debtor. | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Federal

Rule of Bankruptcy Procedure 9010 for Tracy Hope Davis, the United States Trustee for Region

17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Trevor R. Fehr
> 501 I Street, Suite 7-500
> Sacramento, CA 95814
> Email: Trevor.Fehr@usdoj.gov

Dated: August 14, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

<u>/s/ Trevor R. Fehr</u>
Trevor R. Fehr
Trial Attorney for United States Trustee

Notice of Appearance