SSL LAW FIRM LLP
Ivo Keller, Esq. (CA Bar No. 245909)
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Telephone:(415) 814-6400
Facsimile: (415) 814-6401
E-mail:   ivo@ssllawfirm.com

*Counsel for Creditor*
PRO PERFORMANCE DISTRIBUTION INC.,
a California limited liability company

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (OAKLAND DIVISION)

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| NUTRITION 53, INC., | ) | Case No. 4:23-BK-40997 CN |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that PRO PERFORMANCE DISTRIBUTION INC., a California limited liability company, hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

    Ivo Keller, Esq.
    SSL Law Firm LLP
    505 Montgomery Street, Suite 620
    San Francisco, CA 94111
    Phone:     (415) 814-6400
    Facsimile: (415) 814-6401
    Email:     ivo@ssllawfirm.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Gensler's: (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Gensler is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

Dated: August 15, 2023

SSL LAW FIRM LLP

By: /s/ Ivo Keller
Ivo Keller, Esq. (CA Bar No. 245909)
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Telephone: (415) 814-6400
Facsimile: (415) 814-6401
E-mail: ivo@ssllawfirm.com

*Attorneys for Creditor*
PRO PERFORMANCE DISTRIBUTION INC.,
a California limited liability company

## CERTIFICATE OF SERVICE

I, Ivo Keller, do hereby certify that on the 15th day of August 2023, I caused a copy of the foregoing Request for Service of Notices and Papers to be served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

/s/ Ivo Keller
Ivo Keller, Esq.