Peter F. Jazayeri (SBN 199626)
peter@jaz-law.com
JAZ, A PROFESSIONAL LEGAL CORPORATION
1100 Glendon Avenue, Suite 1500
Los Angeles, CA 90024
Telephone: 310.853.2529
Facsimile: 310.388.0664

Attorneys for Secured Creditor
JAH INTERESTS V, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40997 CN |
| NUTRITION 53, INC., | Chapter: 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE BANKRUPTCY COURT, DEBTOR, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE**, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), that JAZ, A Professional Legal Corporation, by Peter F. Jazayeri, a member of the bar of the United States Bankruptcy Court for the Northern District of California, hereby appears in the above-captioned bankruptcy case as attorney for secured creditor JAH Interests V, LLC and, pursuant to Bankruptcy Rule 2002 and 3107(a), hereby requests notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, response, and other related materials that are issued or filed in connection with this proceedings by the Court, Debtor, or other parties of interest, including copies of all plans of adjustment and disclosure statements. All notices and copies in response to the foregoing, and pursuant to Bankruptcy Rule 2002, all notices required to be mailed or delivered by ECF/PACER to JAH Interests V, LLC pursuant to Bankruptcy Rule 2002, should be directed to:

> Peter F. Jazayeri (SBN 199626)
> peter@jaz-law.com
> JAZ, A PROFESSIONAL LEGAL CORPORATION
> 1100 Glendon Avenue, Suite 1500
> Los Angeles, CA 90024
> Telephone: 310.853.2529
> Facsimile: 310.388.0664

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above attorney's request be added to the master mailing list and the ECF/PACER electronic notice list for the above-referenced matter.

**PLEASE TAKE FURTHER NOTICE** that unless explicitly set forth in writing, neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a wavier of any rights of JAH Interests V, LLC, including the following:

(i) any rights to have final orders in non-core matters entered only after *de novo* review by a District Judge,

(ii) any rights to trial by jury in any proceeding as to any and all matters so triable herein,

1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

(iii)    any rights to have the District Court withdraw the references in any matter subject to mandatory or discretionary withdrawal,

(iv)    any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice,

(v)    any rights with respect to venue or jurisdiction under Title 11 of the United States Code, and

(vi)    any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

DATED: August 28, 2023    JAZ, A PROFESSIONAL LEGAL CORPORATION

By: /s/ Peter F. Jazayeri
Peter F. Jazayeri
Attorneys for JAH INTERESTS V, LLC

2
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE