Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

In Re:

Nutrition 53, Inc.

Employer's Tax Identification (EIN) No. : 30-0369583

    Debtor

Chapter 11

Case No.: 4:23-bk-40997

## NOTICE OF DEBTOR AND DEBTOR-IN-POSSESSION'S REQUEST FOR ORDER AUTHORIZING EXECUTION OF, AND PERFORMANCE UNDER, LICENSING AND DISTRIBUTION AGREEMENT

TO ALL CREDITORS, THEIR ATTORNEYS OF RECORD, THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST: PLEASE TAKE NOTICE THAT Debtor and Debtor in possession Nutrition 53, Inc. ("Debtor") has entered into a Distribution and License Agreement ("Agreement") with Pro Performance Distribution, Inc. ("PPDI") under which, among other things, PPDI is granted a limited license to purchase specific Products (as defined therein) from the Debtor for sale exclusively through Amazon.com.

A complete copy of the Agreement was previously filed in the above-captioned case on August 16, 2023, as Exhibit A to the Declaration of Kristine Manlapaz, Docket No. 18-7. The Agreement does not require the Debtor to incur any out-of-pocket costs and requires payment of eighty-five percent of PPDI's net sales' income to the Debtor. Further, the Agreement contains

an incentive provision that provides PPDI a small equity interest (up to 10% of total equity) in the Debtor if specific sales goals are timely met.

The term of the Agreement is six months from the Effective Date (as defined in the Agreement), and the Agreement may be renewed upon written notice.

This Agreement assures Debtor can maximize its operating income without expending its own resources to obtain and market the product.

Counsel believes that the Agreement meets the requirements of 11 U.S.C Section 363(b)(1) and that the Agreement is fair and reasonable under the circumstances. Accordingly, it is appropriate for the Debtor to enter into, and perform under, the Agreement with PPDI.

United States Bankruptcy Court for the Northern District of California Local Rule 9014-1(b)(3)(a) prescribes the procedures to be followed with respect to this Notice, as follows:

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

Dated: September 5, 2023        By: _____
                                Miles Woodlief (SBN124467)
                                Archer™
                                775 East Blithedale Avenue
                                Suite 514
                                Mill Valley, California
                                phone: (415) 730-3032

- 2 -

PROOF OF SERVICE

I, Miles Archer Woodlief, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. I maintain an office at 775 East Blithedale Avenue, Suite 514, Mill Valley, CA 94941, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 5, 2023, at my place of business at Mill Valley, California, a copy of the forgoing was placed in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Altec Packaging, Inc
c/o Stacie L. Pearson
1711 Junction Ct., #350
San Jose, CA 95112

Amazon.com
c/o Amazon Capital Services, Inc.
410 Terry Ave. North
Seattle, WA 98109-5210

Boos & Associates
c/o Marissa Guzman
5260 N. Palm Ave Suite 120
Fresno, CA 93704-2216

Boutin Jones Inc
c/o Boutin Jones Accounting
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

Central Transport
c/o Samantha
12225 Stephens Rd.
Warren, MI 48089

Command Nutritionals
c/o Cristina Coutinho
10 Washington Ave.
Fairfield, NJ 07004

- 3 -
Case: 23-40997    Doc# 27    Filed: 09/05/23    Entered: 09/05/23 20:36:00    Page 3 of 6

Ergo Law
 c/o Rod Atherton
6870 W. 52nd Ave. Suite 203
Arvada, CO 80002

Federal Express
c/o US Collection Department
P.O. Box 7221
Pasadena CA 91109-7321

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267

JAH Interests V, LLC
c/o Jason Hall
2900 Daniel Ave
Dallas, TX 75205

IRS
P.O. Box 30507
Los Angeles, CA 90030

Mihir Mange
9662 Velvet Leaf Circle
San Ramon, CA 94582

Kristine Manlapaz
3008 Oakraider Dr.
Alamo, CA 94507

Barbara Legrand
1828 Ivanhoe Avenue
Lafayette CA 94549

Nebo Web Inc
c/o Mercedes Oben
108 Samat St. Ayala Alabang Village
Muntinlupa, Philippines 1780

Jonathan Padilla
1117 Ocean Ave., #308
San Francisco, Ca, 94112

Pinecrest Capital Partners
c/o Barrett Kingsriter

- 4 -

| | |
|---|---|
| 1 | 8235 Douglas Ave, Suite 550 |
| 2 | Dallas, TX 75225 |
| 3 | Proform Laboratories |
| | c/o Kaitlyn Walker |
| 4 | 5001 Industrial Way |
| | Benicia, CA 94510 US |
| 5 | |
| 6 | Alexandra Romanowski |
| | c/o Alexandra Romanowski |
| 7 | 1828 Ivanhoe Avenue |
| | Lafayette CA 94549 |
| 8 | Bill Romanowski |
| 9 | c/o Bill Romanowski |
| | 1828 Ivanhoe Avenue |
| 10 | Lafayette CA 94549 |
| 11 | Dalton Romanowski |
| | c/o Dalton Romanowski |
| 12 | 2523 NE Harvey Ln |
| | Bend OR 97703 |
| 13 | |
| 14 | Smoothie King Franchises, Inc. |
| | c/o Barbara Mayrand |
| 15 | 9797 Rombauer, Ste. 150 |
| | Dallas, TX 75019 |
| 16 | |
| 17 | Jon Douglas "JD" Swartz |
| | 40 Center St. |
| 18 | San Rafael CA 94901 |
| 19 | Third Wind Holdings LLC |
| | c/o Rogers Healy |
| 20 | 5550 Preston Road, Suite B. Dallas, TX 75205 |
| 21 | Total Quality Logistics |
| | c/o Anthony Gettys |
| 22 | P.O. Box 634558 |
| | Cincinnati, OH 45263-4558 |
| 23 | |
| 24 | Wideumbrella |
| | c/o Kristine Manlapaz |
| 25 | 3008 Oakraider Dr |
| | Alamo, CA 94507 |

- 5 -

and that envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 5, 2023.

*[signature]*

_____

Miles Archer Woodlief