**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:  (559) 490-0949
Email: rwalter@wjhattorneys.com
Email: iquinn@wjhattorneys.com

Interested Party

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 23-40997 |
| NUTRITION 53, INC., a California corporation | Chapter 11 |
| Debtor in Possession. | |
| Tax ID#   30-0369583<br>Address:   497 Edison Ct., Ste. B<br>           Fairfield, CA 94534 | |

## REQUEST FOR SPECIAL NOTICE

TO: DEBTOR, U.S. TRUSTEE, ALL INTERESTED PARTIES, and to their attorneys of record herein:

BOOS & ASSOCIATES, A PROFESSIONAL CORPORATION, 5260 N. Palm Ave., Suite 120, Fresno, CA 93704, hereby requests that separate and special notice be provided to the below of all matters filed within this adversary proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules.

Notice should be sent to:

///

///

///

///

Boos & Associates, A Professional Corporation c/o Riley C. Walter
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com

Dated: September 12, 2023        WANGER JONES HELSLEY

By: /s/ Riley C. Walter
Riley C. Walter
Attorneys for Interested Party
Boos & Associates, A Professional Corporation