WANGER JONES HELSLEY
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com
Email: iquinn@wjhattorneys.com

Interested Party

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 23-40997 |
|---|---|
| NUTRITION 53, INC., a California corporation | Chapter 11 |
| Debtor in Possession. | |
| Tax ID# 30-0369583<br>Address: 497 Edison Ct., Ste. B<br>Fairfield, CA 94534 | |

## PROOF OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Wanger Jones Helsley, 265 East River Park Circle, Suite 310, Fresno, CA 93720.

On September 12, 2023, I served the foregoing document(s) described as:

**1. Request for Special Notice**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail. Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours. I am aware that on motion of the party served, the service can be declared invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit.

__XXX__ **(E-MAIL SERVICE)** I transmitted the above-described documents via e-mail to the persons that have an e-mail address shown on the Service List.

| U.S. Trustee | Attorney for Debtor |
|---|---|
| Office of the U.S. Trustee/Oak | Miles Archer Woodlief |
| Office of the United States Trustee | Law Offices of Miles Archer Woodlief |
| Phillip J. Burton Federal Building | 775 E. Blithedale Ave. #514 |
| 450 Golden Gate Ave. 5th Fl., #05-0153 | Mill Valley, CA 94941 |
| San Francisco, CA 94102 | |

Debtor
Nutrition 53, Inc.
497 Edison Ct., Suite B
Fairfield, CA 94534

Executed on September 12, 2023, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ April Summers*

April Summers