Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

In Re:

Nutrition 53, Inc.

Employer's Tax Identification (EIN) No. : 30-0369583

    Debtor

Chapter 11

Case No.: 4:23-bk-40997

**DECLARATION OF MILES ARCHER WOODLIEF RE SERVICE OF AND NON-OPPOSITION TO DEBTOR'S REQUEST FOR ORDER AUTHORIZING EXECUTION OF, AND PERFORMANCE UNDER, LICENSING AND DISTRIBUTION AGREEMENT**

I, Miles Archer Woodlief, state as follows:

1. I am an attorney currently practicing at 775 East Blithedale Avenue, Suite 514, Mill Valley, CA 94941 and have been duly admitted to practice in this Court.

2. On September 5, 2023, I served Debtor and Debtor in possession Nutrition 53, Inc. ("Debtor") Request for Order Authorizing Execution of, and Performance Under, Licensing and Distribution Agreement ("Application") on the Debtor's twenty largest creditors and those seeking special notice.

3. That Application gave creditors twenty-one (21) days to file and serve an objection or opposition to the Application.

- 1

4. On September 27, 2023, I reviewed the Court docket. No opposition or objection had been filed.

5. I also confirm that as of that date, I had not been served with an opposition or objection to the Application.

6. At no time did any creditor voice or otherwise convey an opposition or objection to the Application or the relief it sought.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this September 28, 2023.

Dated: September 28, 2023        By: _____
                                                       Miles Woodlief