DAVID A. HUBBERT
Deputy Assistant Attorney General

CHARLES M. Duffy (District of Columbia, 422919)
KHASHAYAR ATTARAN (Florida, 127091)
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6406 (Duffy)
          (202) 514-6056 (Attaran)
Facsimile:  (202) 307-0054
Charles.M.Duffy@usdoj.gov
Khashayar.Attaran@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the United States*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>NUTRITION 53, INC., | Case No. 23-40997 CN<br><br>Chapter: 11<br><br>DECLARATON OF CHARLES M. DUFFY |

I, Charles M. Duffy, pursuant to 28 U.S.C.§ 1746, hereby declare that:

1. I am a Trial Attorney with the United States Department of Justice Tax Division in Washington D.C.

2. Within the course of carrying out my duties at the Department of Justice Tax Division, I have been assigned to represent the United States' interests in this matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Decision entered by the United States Tax Court on February 20, 2013 in *William T. & Julie I. Romanowski v. Commissioner of Internal Revenue*, Docket No. 15562-10 that I printed from the Tax Court's on-line Website in that case.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Decision entered by the United States Tax Court on November 6, 2013 in *William T. & Julie I. Romanowski v. Commissioner of Internal Revenue*, Docket No. 8102-12 that I obtained on September 5, 2023 from the United States Tax Court records section.

5. Attached hereto as Exhibit 3 is a true and correct copy of a brief filed by William Romanowski in *JAH Interests V, LLC, a Texas limited liability company et al., v. Nutrition 53, In. et al.*, Case No. 2:21-cv-00173-JAM-KJN (E.D.Cal.) that I printed from the Electronic Case File ("ECF") system of the United States District Court for the Eastern District of California.

6. Exhibits 4 and 5 attached hereto are true and copies of documents that I printed from the on-line Website of the State of California Secretary of State.

7. Attached hereto as Exhibit 6 is a true and correct copy of the complaint filed in *United States v. William T. Romanowski, Julie I. Romanowski and Nutrition 53 Inc.*, Case No. 3:23-CV-03003 (N.D.Cal.) that I printed from the Electronic Case File ("ECF") system of the United States District Court for the Northern District of California.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter dated September 6, 2023 that I received from counsel for the debtor in this Bankruptcy.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated September 7, 2023 that the United States Department of Justice sent to counsel for the debtor in this Bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25th, 2023,

/s/ *Charles M. Duffy*
CHARLES M. DUFFY
Trial Attorney, U.S. Department of Justice
Washington D.C.