

Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

**The following constitutes the order of the Court.
Signed: October 4, 2023**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

In Re:

Nutrition 53, Inc.

Employer's Tax Identification (EIN) No. : 30-0369583

    Debtor

Chapter 11

Case No.: 4:23-bk-40997

### ORDER AUTHORIZING EXECUTION OF, AND PERFORMANCE UNDER, LICENSING AND DISTRIBUTION AGREEMENT

On September 5, 2023, Debtor and Debtor in possession Nutrition 53, Inc. ("Debtor") filed an Application for Order Authorizing Execution of, and Performance Under, Licensing and Distribution Agreement ("Application") that requests, among other things, Pro Performance Distribution, Inc. ("PPDI") be granted a limited license to purchase specific Products licensed by the Debtor for sale exclusively through Amazon.com as set forth in the Distribution Agreement ("Agreement"), a complete copy of which was previously filed in this case on August 16, 2023, as Exhibit A to the Declaration of Kristine Manlapaz, Docket No. 18-7,.

The Court has reviewed the Declaration of Miles Archer Woodlief in which he represents that (i) he served the Application on the twenty largest creditors and (ii) no creditor

- 1 -

filed or served an objection or opposition to the Application, or otherwise asserted an objection or opposition, within the allotted twenty-one day;

Based on the Agreement, the Application, and the Declaration of Miles Archer Woodlief, the Court, after due deliberation, finds that Notice of the Application for an Order Authorizing Execution of, and Performance Under, Licensing and Distribution Agreement was proper, was properly served on the requisite creditors, and no objections were filed or raised by any creditor.

Further, the Court, after due deliberation, finds that there is sufficient cause to grant the relief requested. Therefore, it is ORDERED that:

1. The Court approves the Debtor's Application to entered into and perform under the Agreement;

2. The Court deems the Notice of Debtor's Application to be adequate;

3. The Court finds that there were no objections filed with the Court and based on the Declaration of Debtor's Counsel, no objection to this compromise was served on Debtor;

4. Debtor and PPDI may immediately commence operation under the Agreement.

IT IS SO ORDERED

END OF ORDER

- 2

Court Service List

As there were no objections or oppositions, the Court's service of the Order is not necessary.