Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

In Re:                                    ) Chapter 11
                                          )
Nutrition 53, Inc.                        ) Case No.:   4:23-bk-40997
                                          )
                                          ) ATTACHMENTS TO STATEMENT OF
       Debtor                             ) INFORMATION NOS. 3 & 4
                                          )
                                          )

I declare that the attachments to Statement of Information Questions 3 & 4 =contains the correct, complete and information currently known to Debtor.

Dated: January 21, 2024          By: _____
                                 Miles Woodlief (SBN124467)
                                 Archer™
                                 775 East Blithedale Avenue
                                 Suite 514
                                 Mill Valley, California
                                 phone: (415) 730-3032
                                 facsimile:(415) 366-2956

- 1

Attachment to Statement of Financial Affairs

3.1   Certain payments or transfer to creditors within 90 days before filing this case

| Creditor | Date | Amount | Type |
|---|---|---|---|
| Amazon.com<br>410 Terry Ave. North<br>Seattle, WA 98109 | 5/3/2023 | $57,138.35 | Secured Debt |
| Jon Douglas Swartz<br>40 Center St<br>San Rafael, CA 94901 | 5/11-7/26/23 | $5,000.01 | Unsecured Debt |
| Nebo Web, Inc.<br>108 Samat St. Ayala<br>Alabang Village Muntinlupa<br>Philippines 1780 | 5/22-6/22/23 | $3,333.34 | Unsecured Debt |
| Nebo Web, Inc.<br>108 Samat St. Ayala<br>Alabang Village<br>Muntinlupa Philippines 1780 | 5/15-7/11/23 | $26,600 | Services |
| Jason Hall<br>2900 Daniel Ave.,<br>Dallas, TX, 75205 | 5/2-6/6/23 | $100,000 | Secured Debt |
| Command Nutritionals<br>10 Washington Ave<br>Fairfield, NJ 07004 | 5/21-5/31/23 | $150,000 | Supplier |
| Federal Express<br>P.O. Box 7221<br>Pasadena CA 91109 | 5/15-7/7/23 | $12,146.88 | Services |
| BOOS & ASSOCIATE<br>5260 N. Palm Ave Suite 120<br>Fresno, CA 93704-2216 | 6/2-6/20/23 | $2,974.62 | Services |
| Central Transport<br>12225 Stephens Rd.<br>Warren, MI 48089 | 5/31/23 | $8,947.61 | Services |
| Proform Laboratories<br>5001 Industrial Way<br>Benicia, CA 94510 | 7/19/2023 | $50,044.47 | Supplier |

| | | | |
|---|---|---|---|
| Jonathan Padilla<br>1117 Ocean Ave., #308 San Francisco, CA, 94112 | 5/11-8/11/2023 | $70,321.98 | Loan Payments |

4.1 Payments or other transfers of property made within 1 year before filing case that benefited any insider

| | | | |
|---|---|---|---|
| Wideumbrella<br>1587 Brunswig Ln<br>Emeryville, CA 94608 | varies | $233,306.37 | Loan Payments |
| Wideumbrella<br>1587 Brunswig Ln<br>Emeryville, CA 94608 | varies | $206,000 | Service Payments |
| William Romanowski<br>1828 Ivanhoe Avenue<br>Lafayette, CA 94549 | varies | $445,454.65 | Loan Payments |
| Alexandra Romanowski<br>1828 Ivanhoe Avenue<br>Lafayette, CA 94549 | varies | $11,000 | Loan Payments |
| Kristine Manlapaz<br>3008 Oakraider dr.<br>Alamo, CA. 94507 | varies | $68,033.24 | Salary |

## PROOF OF SERVICE

I, Miles Archer Woodlief, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. I maintain an office at 775 East Blithedale Avenue, Suite 514, Mill Valley, CA 94941, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 22, 2024, at my place of business at Mill Valley, California, a copy of the above-referenced document was placed in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Altec Packaging, Inc
c/o Stacie L. Pearson
1711 Junction Ct., #350 San Jose, CA 95112

Amazon.com
c/o Amazon Capital Services, Inc.
410 Terry Ave. North
Seattle, WA 98109-5210

Boos & Associates
c/o Marissa Guzman
5260 N. Palm Ave Suite 120
Fresno, CA 93704-2216

Boutin Jones Inc
c/o Boutin Jones Accounting
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

Central Transport
c/o Samantha
12225 Stephens Rd.
Warren, MI 48089

Command Nutritionals
c/o Cristina Coutinho
10 Washington Ave.
Fairfield, NJ 07004

- 1 -

Ergo Law
c/o Rod Atherton
6870 W. 52nd Ave. Suite 203
Arvada, CO 80002

Federal Express
c/o US Collection Department
P.O. Box 7221
Pasadena CA 91109-7321

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267

JAH Interests V, LLC
c/o Jason Hall
2900 Daniel Ave Dallas, TX 75205

Mihir Mange
c/o Mihir Mange
9662 Velvet Leaf Circle
San Ramon, CA 94582

Kristine Manlapaz
c/o Kristine Manlapaz
3008 Oakraider Dr. 10
Alamo, CA 94507

Barbara Legrand
c/o Barbara Legrand
1828 Ivanhoe Avenue
Lafayette CA 94549

Nebo Web Inc
c/o Mercedes Oben
108 Samat St. Ayala Alabang Village
Muntinlupa, Philippines 1780

Jonathan Padilla
c/o Jonathan Padilla
1117 Ocean Ave., #308
San Francisco, Ca, 94112

Pinecrest Capital Partners
c/o Barrett Kingsriter
8235 Douglas Ave, Suite 550

Dallas, TX 75225

Proform Laboratories
c/o Kaitlyn Walker
5001 Industrial Way
Benicia, CA 94510 US

Alexandra Romanowski
c/o Alexandra Romanowski
1828 Ivanhoe Avenue Lafayette CA 94549

Bill Romanowski
c/o Bill Romanowski
1828 Ivanhoe Avenue
Lafayette CA 94549

Dalton Romanowski
c/o Dalton Romanowski
2523 NE Harvey Ln
Bend OR 97703

Smoothie King Franchises, Inc.
c/o Barbara Mayrand  10
9797 Rombauer, Ste. 150
Dallas, TX 75019

Jon Douglas Swartz
c/o J.D. Swartz
40 Center St.
San Rafael CA 94901

Third Wind Holdings LLC
c/o Rogers Healy
5550 Preston Road, Suite B.Dallas, TX 75205

Total Quality Logistics
c/o Anthony Gettys
P.O. Box 634558
Cincinnati, OH 45263-4558

Wideumbrella
c/o Kristine Manlapaz
3008 Oakraider Dr
Alamo, CA 94507

and that envelope was placed for collection and mailing on that date following ordinary business practices.

I further certify that on *January 21, 2024*, a copy of the above-referenced document was served on the following through the Court's CM/ECF system, which will send an electronic copy to:

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee/Oak
trevor.fehr@usdoj.gov

Peter F. Jazayeri on behalf of Creditor JAH Interests V, LLC
peter@jaz-law.com

Ivo Keller on behalf of Creditor PRO PERFORMANCE DISTRIBUTION INC.
ivo@ssllawfirm.com

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 22, 2024.

*[signature]*

_____
Miles Archer Woodlief