DocuSign Envelope ID: DCDA65B1-DF2D-40E0-BCDF-8158A6D81786

Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| | |
|---|---|
| In Re: | Chapter 11 |
| Nutrition 53, Inc. | Case No.: 4:23-bk-40997 |
| Employer's Tax Identification (EIN) No. : 30-0369583 | KRISTINE MANLAPAZ DECLARATION RE SECOND AMENDED RESPONSES NOS. 3 & 4 TO OF STATEMENT OF FINANCIAL AFFAIRS |
| Debtor | |

I, Kristine Manlapaz, declare as follows:

I am the CEO of Debtor and Debtor-in-Possession Nutrition 53, Inc. ("Debtor") Except as otherwise indicated, I make this declaration on the basis of my own personal knowledge, and if I were called on as a witness, I could and would testify competently to the following facts:

1. I assisted in the preparation of and have reviewed the information attached to the Second Amended Statement of Information Nos. 3 & 4 dated February 10, 2024.

2. That information is true, correct, and accurate to the best of my knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed at Alamo,

//

//

- 1

1 California this 6th day of November, 2023.

*DocuSigned by:*
/s/ Kristine Manlapaz
B12CC4CD32E44F6...
Kristine Manlapaz