Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

In Re:

Nutrition 53, Inc.

Employer's Tax Identification (EIN) No. : 30-0369583

Debtor

Chapter 11

Case No.: 4:23-bk-40997

CHAPTER 11 SECOND STATUS CONFERENCE STATEMENT

THE DEBTORS' BANKRUPTCY CASE

**Nature of operations and factors leading to bankruptcy filing**:

Debtor-in-Possession (Debtor") is a retailer of specific nutritional supplements. It offers its products wholesale and retail level and via online marketplaces.

The IRS began to levy against its commercial relationships, creating as cash flow problem that was unsustainable. Bankruptcy was the only process available to curtail those activities.

**Debtor's attendance at § 341(a) Meeting of Creditors**

The Debtor has attended the 341 meeting and provided to the U.S. Trustee all requested

- 1 -

tax and operational documents.

**Estate's need for professionals**

No additional professions are needed at this time. Debtor may, in the future, seek to retain an accountant to review its financial predicates for the Plan.

**Debtor's Reporting And Payment Obligations**

Debtor is current through March 2024 with its Operating Reports. Counsel is informed that Debtor is current with his quarterly U.S. Trustee fees.

**Interest Bearing Account for recovered funds**

As Debtor will be shortly commencing its objections to claims, it will be opening an interest-bearing account for the funds recovered for the estate.

**Status of Disclosure Statement and Plan**

Debtor has commenced the preparation of its Reorganization Plan and Disclosure Statement. It anticipates filing within the next 60 days. Filing will be concurrent with the objections to claims process.

**Unique issues regarding secured debt**

Debtor intends to avoid its unsecured or under secured liens under 11 USC §506, including motions per *In re Lam* 211 B.R. 36 (9th Cir. BAP 1997).

**Financial results from post-petition operations**

As the operating reports reveals, the Debtor has begun to see expected income levels return. The income from the licensing agreements have kicked in, which now allows the Debtor to budget and strategize its Reorganization Plan.

Case: 23-40997    Doc# 70    Filed: 04/16/24    Entered: 04/16/24 06:32:21    Page 2 of 3

**Litigation status**

On case is pending in District Court. It is in its infancy, though discovery has commenced. A trial is set for December 1, 2025.

**Compliance with U.S. Trustee's requests**

Debtor is in full Compliance with the U.S. Trustees requests.

**An outline of the proposed Chapter 11 plan**

The Plan will either pay 100% to all creditors if the IRS lien is invalidated or will provide significantly less if it is not.

**Request for a Continuance**

Debtor requests the Status Conference be continued to April 26, 2024 at 11 AM. Debtor counsel made a scheduling error, for which he apologizes to this Court.

Dated: April 16, 2024

By: _____

Miles Archer Woodlief
Attorney at Law
775 East Blithedale Ave., #514
Mill Valley, CA 94941
phone: (415) 730-3032
facsimile:(415) 366-2956

- 3
Case: 23-40997   Doc# 70   Filed: 04/16/24   Entered: 04/16/24 06:32:21   Page 3 of 3