DAVID A. HUBBERT
Deputy Assistant Attorney General

KHASHAYAR ATTARAN (Florida, 127091)
CHARLES M. DUFFY (District of Columbia, 422919)
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6406 (Duffy)
         (202) 514-6056 (Attaran)
Facsimile: (202) 307-0054
Charles.M.Duffy@usdoj.gov
Khashayar.Attaran@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the United States*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40997 CN |
| NUTRITION 53, INC., | Chapter: 11 |
| | NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears under Federal Rule of Bankruptcy Procedure 9010 for the United States of America, and requests that all required notices be directed to:

KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
(202) 514-6056 (v) / (202) 307-0054 (f)
Khashayar.Attaran@usdoj.gov

DATED: May 9, 2024

                                                         DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Khashayar Attaran*
KHASHAYAR ATTARAN
CHARLES M. DUFFY
Trial Attorneys, Tax Division
United States Department of Justice

*Counsel for the United States*