# UNITED STATES BANKRUPTCY COURT

## FOR THE NOR DISTRICT OF    CALIFORNIA

### OAKLAND DIVISION

In Re. NUTRITION 53, INC.                §
                                         §          Case No.   23-40997
_____         §
                 Debtor(s)               §
                                         §          ☐ Jointly Administered

# Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 04/30/2024                    Petition Date: 08/11/2023

Months Pending: 9                    Industry Classification: | 4 | 4 | 6 | 1 |

Reporting Method:              Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☒    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

Kristine Manlapaz                                    Kristine Manlapaz
_____                      _____
Signature of Responsible Party                       Printed Name of Responsible Party

05/21/2024
_____
Date

                                                     497 Edison Ct. Suite B, Fairfield, CA 94534
                                                     _____
                                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)
                                  1

## Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $7,258 | |
| b. | Total receipts (net of transfers between accounts) | $78,977 | $78,977 |
| c. | Total disbursements (net of transfers between accounts) | $77,646 | $77,646 |
| d. | Cash balance end of month (a+b-c) | $8,589 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $77,646 | $77,646 |

## Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $7,451 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $94,110 |
| c. | Inventory (Book ⊙ Market ◯ Other ◯ (attach explanation)) | $119,232 |
| d | Total current assets | $220,793 |
| e. | Total assets | $220,793 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $25,588 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $15,093,164 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $4,546,931 |
| n. | Total liabilities (debt) (j+k+l+m) | $19,640,095 |
| o. | Ending equity/net worth (e-n) | $-19,419,302 |

## Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

## Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $79,503 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $3,131 | |
| c. | Gross profit (a-b) | $76,371 | |
| d. | Selling expenses | $3,352 | |
| e. | General and administrative expenses | $85,512 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $168 | |
| h. | Interest | $33,211 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-45,871 | $-45,871 |

UST Form 11-MOR (12/01/2021)
2

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | | |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ⦿

c. Were any payments made to or on behalf of insiders?     Yes ⦿   No ○

d. Are you current on postpetition tax return filings?     Yes ⦿   No ○

e. Are you current on postpetition estimated tax payments?     Yes ⦿   No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ⦿   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ○   No ○   N/A ⦿

i. Do you have:          Worker's compensation insurance?     Yes ○   No ⦿

                    If yes, are your premiums current?     Yes ○   No ○   N/A ⦿   (if no, see Instructions)

          Casualty/property insurance?     Yes ⦿   No ○

                    If yes, are your premiums current?     Yes ○   No ○   N/A ○   (if no, see Instructions)

          General liability insurance?     Yes ⦿   No ○

                    If yes, are your premiums current?     Yes ○   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ○   No ⦿

k. Has a disclosure statement been filed with the court?     Yes ○   No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪  No ⚪  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| Kristine Manlapaz | Kristine Manlapaz |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CEO | 05/21/2024 |
| Title | Date |



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

# Nutrition 53, Inc.

## Profit and Loss

April 2024

| | TOTAL |
|---|---:|
| Income | |
| 4120000 Protein Powder | 14,178.43 |
| 4140000 Capsules | 533.20 |
| 4210000 Other Sales | 3,832.28 |
| 4310000 Sales Discount and MCB | -93.73 |
| Sales on Distribution | 61,052.43 |
| **Total Income** | **$79,502.61** |
| Cost of Goods Sold | |
| 5120000 Protein Powder. | 3,005.38 |
| 5140000 Capsules. | 125.94 |
| **Total Cost of Goods Sold** | **$3,131.32** |
| GROSS PROFIT | **$76,371.29** |
| Expenses | |
| 6140000 Bank Charges. | 3,783.43 |
| 6160000 Business Insurances | 1,111.19 |
| 6170000 Interests | 33,210.51 |
| 6190000 Office/General Administrative Expenses | 3,426.42 |
| 6201000 Other Business Expense | 926.00 |
| 6260000 Travel Expense | 2,508.55 |
| 8160000 Medical Expenses... | 712.51 |
| 8210000 Salaries and Wages.. | 62,150.00 |
| 8220000 Rent or Lease.. | 7,514.88 |
| 8240000 Shipping, Freight and Delivery | 3,352.07 |
| 8270000 Utilities.. | 3,379.42 |
| **Total Expenses** | **$122,074.98** |
| NET OPERATING INCOME | **$ -45,703.69** |
| Other Expenses | |
| 8120000 Amortization.. | 167.50 |
| **Total Other Expenses** | **$167.50** |
| NET OTHER INCOME | **$ -167.50** |
| NET INCOME | **$ -45,871.19** |

## Balance Sheet
### As of April 30, 2024

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 1110000 Bank Accounts | 6,838.45 |
| 1120000 Clearing Accounts | 135,706.83 |
| **Total Bank Accounts** | **$142,545.28** |
| Accounts Receivable | |
| 1210000 Accounts Receivables | 101,561.37 |
| **Total Accounts Receivable** | **$101,561.37** |
| Other Current Assets | |
| 1310000 Inventories | 119,231.78 |
| 1320000 Prepaid Expenses | 15,934.43 |
| 1340001 Undeposited Funds-Online | 0.00 |
| Inventory Asset | 0.00 |
| **Total Other Current Assets** | **$135,166.21** |
| **Total Current Assets** | **$379,272.86** |
| Fixed Assets | |
| 1410001 Computers | 1,941.20 |
| 1410002 Furniture | 2,863.40 |
| 1410003 Software | 31,253.80 |
| 1410004 Leasehold Improvements | 17,059.43 |
| 1410005 Warehouse Equipment | 9,695.88 |
| 1410006 Accumulated Depreciation | -75,736.96 |
| 1410007 Truck | 0.00 |
| 1410008 Equipment | 11,247.15 |
| 1410009 Office Equipments | 2,402.40 |
| 1510000 Other Non-Current Assets and Intangibles | 106,700.00 |
| 1510004 Accumulated Amortization | -74,330.00 |
| **Total Fixed Assets** | **$33,096.30** |
| **TOTAL ASSETS** | **$412,369.16** |

# undefined

## Balance Sheet

### As of April 30, 2024

|  | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2110000 Accounts Payable | 689,767.63 |
| **Total Accounts Payable** | **$689,767.63** |
| Credit Cards | |
| 2210000 Credit Card | 22,430.02 |
| **Total Credit Cards** | **$22,430.02** |
| Other Current Liabilities | |
| 2310000 Other Current Liability | 4,080,049.56 |
| 2320000 Accruals | 254,166.97 |
| Maryland Department of Revenue Payable | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| **Total Other Current Liabilities** | **$4,334,216.53** |
| **Total Current Liabilities** | **$5,046,414.18** |
| Long-Term Liabilities | |
| 2410000 Long Term Liabilities | 321,793.66 |
| **Total Long-Term Liabilities** | **$321,793.66** |
| **Total Liabilities** | **$5,368,207.84** |
| Equity | |
| 3110000 Additional Paid In Capital | 8,075,979.42 |
| 3210000 Contributed Capital (Par Value) | 6,440.25 |
| 3310000 Retained Earnings | -12,837,501.96 |
| 3410000 Opening Balance Equity | 0.00 |
| Net Income | -200,756.39 |
| **Total Equity** | **$ -4,955,838.68** |
| **TOTAL LIABILITIES AND EQUITY** | **$412,369.16** |

# Nutrition 53, Inc.

## A/R Aging Summary

### As of April 30, 2024

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Amazon | 292.40 | 1,593.07 |  |  | 92,312.89 | $94,198.36 |
| Caveman |  |  |  |  | 272.25 | $272.25 |
| GNC |  |  |  |  | 1,259.30 | $1,259.30 |
| Lean1.com Shopify | 3,675.87 |  |  |  |  | $3,675.87 |
| Paolo Cristobal |  |  |  |  | 1,612.34 | $1,612.34 |
| PFA |  |  |  |  | -2,229.50 | $ -2,229.50 |
| Sam's Club |  |  |  |  | 554.83 | $554.83 |
| ShopHQ |  |  |  |  | 327.92 | $327.92 |
| The Kroger Co. | 1,080.00 | 810.00 |  |  |  | $1,890.00 |
| TOTAL | $5,048.27 | $2,403.07 | $0.00 | $0.00 | $94,110.03 | $101,561.37 |

# Nutrition 53, Inc.

## A/P Aging Summary

### As of April 30, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| All Points Manufacturing | | | | | 4,536.60 | $4,536.60 |
| Altec Packaging, Inc | | | | | 5,534.80 | $5,534.80 |
| Boos & Associates | | | | | 13,163.81 | $13,163.81 |
| Boutin Jones Inc | | | | | 2,064.00 | $2,064.00 |
| Central Transport | | | | | 3,360.09 | $3,360.09 |
| Command Nutritionals | | | | | 246,836.83 | $246,836.83 |
| CommerceHub | | | | | 67.00 | $67.00 |
| Ergo Law | | | | | 3,300.00 | $3,300.00 |
| Federal Express | | | | | 71,896.84 | $71,896.84 |
| Formulation Solutions | | | | | 7,000.00 | $7,000.00 |
| Proform Laboratories | | | | | 57,352.76 | $57,352.76 |
| Smoothie King Historical | | | | | 232,365.45 | $232,365.45 |
| Total Quality Logistics | | | | | 5,155.00 | $5,155.00 |
| Veritas Property Management | | 10,028.73 | 9,643.11 | | | $19,671.84 |
| Wide Umbrella | | | | | 11,500.00 | $11,500.00 |
| Zoe Padilla. | | 2,958.17 | | 2,958.17 | 0.01 | $5,916.35 |
| TOTAL | $0.00 | $12,986.90 | $9,643.11 | $2,958.17 | $664,133.19 | $689,721.37 |

**Nutrition 53, Inc.**

**Statement of Cash Flows**

**April 1-30,2024**

|  | January |
|---|---|
| **Cash Beginning** | **$7,257.60** |
| Cash Receipts | $78,977.11 |
| Payments to Vendors | $60,853.29 |
| Admin Expenses | $16,792.74 |
| Total Disbursements | $77,646.03 |
| **Cash End** | **$8,588.68** |

# Nutrition 53, Inc.
## Statement of Capital Assets
### As of April 30, 2024

|  | Total |
| --- | ---: |
| **Fixed Assets** | |
| **1410001 Computers** | 1,941.20 |
| **1410002 Furniture** | 2,863.40 |
| **1410003 Software** | 31,253.80 |
| **1410004 Leasehold Improvements** | 17,059.43 |
| **1410005 Warehouse Equipment** | 9,695.88 |
| **1410006 Accumulated Depreciation** | -75,736.96 |
| **1410008 Equipment** | 11,247.15 |
| **1410009 Office Equipments** | 2,402.40 |
| **1510000 Other Non-Current Assets and Intangibles** | 106,700.00 |
| **1510004 Accumulated Amortization** | -74,330.00 |
| **Total Fixed Assets** | $ 33,096.30 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2024 through April 30, 2024

Account Number: 000000111615909



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00003855 DRE 703 210 12424 NNNNNNNNNNN  1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$714.88** |
| Deposits and Additions | 24 | 79,469.26 |
| ATM & Debit Card Withdrawals | 56 | -7,749.09 |
| Electronic Withdrawals | 33 | -69,640.43 |
| Fees | 1 | -60.45 |
| **Ending Balance** | **114** | **$2,734.17** |

Your Chase Platinum Business Checking account provides:
    No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
    500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
    $25,000 in cash deposits per statement cycle
    Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account -  please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240401 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000029508477 Eed:240401   Ind ID:11127224278 Ind Name:Nutrition 53         Mar 27-28 Trn: 0929508477Tc | $984.68 |
| 04/02 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240402 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000022511044 Eed:240402   Ind ID:11127319453 Ind Name:Nutrition 53         Mar 28-31 Trn: 0932511044Tc | 7,070.57 |
| 04/02 | Orig CO Name:Vitacost.Com        Orig ID:1371333024 Desc Date:240401 CO Entry Descr:Trade Pay Sec:CCD   Trace#:091000011920538 Eed:240402   Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 0931920538Tc | 1,296.54 |
| 04/03 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240403 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000026153463 Eed:240403   Ind ID:11127456892 Ind Name:Nutrition 53         Mar 31-Apr 1 Trn: 0946153463Tc | 2,881.46 |
| 04/04 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240404 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000024881109 Eed:240404   Ind ID:11127594084 Ind Name:Nutrition 53         Apr 1-2 Trn: 0954881109Tc | 3,452.65 |
| 04/05 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240405 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000025009803 Eed:240405   Ind ID:11127772324 Ind Name:Nutrition 53         Apr 2-3 Trn: 0965009803Tc | 1,617.77 |

Case: 23-40997   Doc# 77   Filed: 05/22/24   Entered: 05/22/24 07:43:36   Page 20 of
35



# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240408 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023532452 Eed:240408   Ind ID:11127911420 Ind Name:Nutrition 53          Apr 3-4 Trn: 0993532452Tc | 2,418.62 |
| 04/09 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240409 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000028086450 Eed:240409   Ind ID:11128086250 Ind Name:Nutrition 53          Apr 4-7 Trn: 1008086450Tc | 8,715.18 |
| 04/10 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240410 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000021140619 Eed:240410   Ind ID:11128164717 Ind Name:Nutrition 53          Apr 7-8 Trn: 1011140619Tc | 958.79 |
| 04/10 | Orig CO Name:Vitacost.Com          Orig ID:1371333024 Desc Date:240409 CO Entry Descr:Trade Pay Sec:CCD   Trace#:091000010578096 Eed:240410   Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1010578096Tc | 648.27 |
| 04/11 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240411 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023962039 Eed:240411   Ind ID:11128294717 Ind Name:Nutrition 53          Apr 8-9 Trn: 1023962039Tc | 2,467.58 |
| 04/12 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240412 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000021393646 Eed:240412   Ind ID:11128460456 Ind Name:Nutrition 53          Apr 9-10 Trn: 1031393646Tc | 2,786.95 |
| 04/15 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240415 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000027116170 Eed:240415   Ind ID:11128643242 Ind Name:Nutrition 53          Apr 10-11 Trn: 1067116170Tc | 1,730.35 |
| 04/16 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240416 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000026439933 Eed:240416   Ind ID:11128753590 Ind Name:Nutrition 53          Apr 11-14 Trn: 1076439933Tc | 7,887.70 |
| 04/17 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240417 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000027154726 Eed:240417   Ind ID:11128859863 Ind Name:Nutrition 53          Apr 14-15 Trn: 1087154726Tc | 2,673.43 |
| 04/18 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240418 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000020975168 Eed:240418   Ind ID:11128987058 Ind Name:Nutrition 53          Apr 15-16 Trn: 1090975168Tc | 3,383.19 |
| 04/19 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240419 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000022507465 Eed:240419   Ind ID:11129130338 Ind Name:Nutrition 53          Apr 16-17 Trn: 1102507465Tc | 1,727.05 |
| 04/22 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240422 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000029559796 Eed:240422   Ind ID:11129292220 Ind Name:Nutrition 53          Apr 17-18 Trn: 1139559796Tc | 2,552.52 |
| 04/23 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240423 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000021769470 Eed:240423   Ind ID:11129404541 Ind Name:Nutrition 53          Apr 18-21 Trn: 1141769470Tc | 8,082.82 |
| 04/24 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240424 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023316385 Eed:240424   Ind ID:11129517708 Ind Name:Nutrition 53          Apr 21-22 Trn: 1153316385Tc | 2,313.69 |
| 04/25 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240425 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023320102 Eed:240425   Ind ID:11129611303 Ind Name:Nutrition 53          Apr 22-23 Trn: 1163320102Tc | 3,305.43 |
| 04/26 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240426 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000026205747 Eed:240426   Ind ID:11129762826 Ind Name:Nutrition 53          Apr 23-24 Trn: 1176205747Tc | 3,707.99 |
| 04/29 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240429 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000028242750 Eed:240429   Ind ID:11129932286 Ind Name:Nutrition 53          Apr 24-25 Trn: 1208242750Tc | 2,714.24 |
| 04/30 | Orig CO Name:Pro Performance          Orig ID:9200502235 Desc Date:240430 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023564297 Eed:240430   Ind ID:11130081700 Ind Name:Nutrition 53          Apr 25-28 Trn: 1213564297Tc | 4,091.79 |
| **Total Deposits and Additions** | | **$79,469.26** |


# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01 | Card Purchase        03/29 Amazon.Com*O13P39Mr3  Amzn.Com/Bill WA Card 0665 | $82.07 |
| 04/01 | Card Purchase        03/28 Skype Redmond WA Card 0665 | 5.00 |
| 04/01 | Card Purchase        03/29 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 64.48 |
| 04/01 | Card Purchase        03/29 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 10.00 |
| 04/01 | Card Purchase        03/29 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 10.00 |
| 04/01 | Card Purchase        03/29 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 10.00 |
| 04/01 | Card Purchase        03/30 Amazon.Com*Kk6Gh85S3  Amzn.Com/Bill WA Card 0665 | 47.30 |
| 04/01 | Card Purchase        03/30 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 22.79 |
| 04/01 | Card Purchase        03/30 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 17.15 |
| 04/01 | Card Purchase        03/30 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 10.00 |
| 04/01 | Card Purchase        03/30 Amzn Mktp US*Sl1Mj9M Amzn.Com/Bill WA Card 0665 | 50.03 |
| 04/01 | Card Purchase        03/30 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 10.00 |
| 04/01 | Card Purchase        03/31 Amzn Mktp US*L78A75K Amzn.Com/Bill WA Card 0665 | 24.02 |
| 04/01 | Card Purchase        04/01 Shopify* 223977676 Httpsshopify. IL Card 0665 | 39.00 |
| 04/01 | Recurring Card Purchase 04/01 Google *Gsuite_Nutri Cc@Google.Com CA Card 0665 | 252.00 |
| 04/02 | Recurring Card Purchase 04/01 Kaiser Pay Internet 800-464-4000 CA Card 0665 | 712.51 |
| 04/02 | Recurring Card Purchase 04/01 Skype Redmond WA Card 0665 | 6.50 |
| 04/02 | Recurring Card Purchase 04/02 Xero US Inv-5235963 Httpswww.Xero CO Card 0665 | 15.00 |
| 04/03 | Card Purchase        04/02 Dialpad Meetings 415-842-9989 CA Card 0665 | 20.00 |
| 04/03 | Card Purchase        04/03 Amzn Mktp US*V80J613 Amzn.Com/Bill WA Card 0665 | 39.14 |
| 04/03 | Card Purchase        04/02 Amzn Mktp US*Ly6G09R Amzn.Com/Bill WA Card 0665 | 26.90 |
| 04/03 | Card Purchase        04/02 Fedex Office 800000836 800-4633339 TX Card 0665 | 70.44 |
| 04/03 | Card Purchase        04/02 Amzn Mktp US*Q82Wz1I Amzn.Com/Bill WA Card 0665 | 27.19 |
| 04/03 | ATM Withdrawal        04/03 3189 Danville Blvd Ste Alamo CA Card 0665 | 300.00 |
| 04/03 | Card Purchase With Pin  04/03 Safeway #0962 Alamo CA Card 0665 | 269.09 |
| 04/08 | Card Purchase        04/06 Amzn Mktp US*S92W11L Amzn.Com/Bill WA Card 0665 | 13.99 |
| 04/08 | Card Purchase        04/05 Usps Stamps Endicia 888-434-0055 DC Card 0665 | 10.00 |
| 04/08 | Card Purchase W/Cash    04/06 Safeway #0962 Alamo CA Card 0665<br>Purchase $45.32 Cash Back $60.00 | 105.32 |
| 04/08 | Card Purchase With Pin  04/07 Costco Whse #0146 Livermore CA Card 0665 | 292.31 |
| 04/08 | Card Purchase        04/08 Coverdash Policy(S) Httpswww.Usea CT Card 0665 | 842.02 |
| 04/08 | Card Purchase        04/08 Amazon Prime*Ap1B93K Amzn.Com/Bill WA Card 0665 | 16.25 |
| 04/09 | Card Purchase        04/09 Ebay C 16543937382 408-3766151 CA Card 0665 | 4.95 |
| 04/09 | Recurring Card Purchase 04/09 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 0665 | 200.00 |
| 04/09 | Recurring Card Purchase 04/09 Docusign Inc. 800-3799973 De Card 0665 | 15.00 |
| 04/11 | Card Purchase        04/10 Amzn Mktp US*Zn0Lv7M Amzn.Com/Bill WA Card 0665 | 121.04 |
| 04/11 | Card Purchase        04/10 Amzn Mktp US*Zn0FT6M Amzn.Com/Bill WA Card 0665 | 8.69 |
| 04/11 | ATM Withdrawal        04/11 3189 Danville Blvd Ste Alamo CA Card 0665 | 500.00 |
| 04/15 | Recurring Card Purchase 04/14 Www.Saasant.Com Httpswww.Saas De Card 0665 | 9.99 |
| 04/15 | Card Purchase        04/14 Hotel Aka Nomad New York NY Card 0665 | 1,509.15 |
| 04/16 | Card Purchase        04/16 Sp Levain Bakery Httpslevainba NY Card 0665 | 79.00 |
| 04/17 | Recurring Card Purchase 04/17 Www.Namogoo.Com Www.Namogoo.C MA Card 0665 | 180.00 |
| 04/17 | Recurring Card Purchase 04/17 Ring Unlimited Month Httpsring.Com CA Card 0665 | 10.00 |
| 04/19 | Card Purchase With Pin  04/19 Costco Whse #0021 Danville CA Card 0665 | 269.08 |
| 04/22 | Recurring Card Purchase 04/21 Republic Services Tra 866-576-5548 AZ Card 0665 | 81.24 |
| 04/22 | Card Purchase        04/21 Amzn Mktp US*Ml0Pk97 Amzn.Com/Bill WA Card 0665 | 13.04 |
| 04/22 | Recurring Card Purchase 04/21 Endicia 800-576-3279 TX Card 0665 | 19.99 |
| 04/22 | Recurring Card Purchase 04/22 Shipstation 512-485-4282 TX Card 0665 | 209.99 |
| 04/24 | Recurring Card Purchase 04/23 Att* Bill Payment 800-331-0500 TX Card 0665 | 172.03 |
| 04/25 | Recurring Card Purchase 04/24 Userway.Org Userway.Org De Card 0665 | 49.00 |
| 04/26 | Card Purchase        04/24 Fedex Office 800000836 800-4633339 TX Card 0665 | 69.59 |

Case: 23-40997   Doc# 77   Filed: 05/22/24   Entered: 05/22/24 07:43:36   Page 22 of
35



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/29 | Card Purchase          04/26 Skype Redmond WA Card 0665 | 5.00 |
| 04/29 | Card Purchase          04/27 Sps Commerce 866-999-8729 MN Card 0665 | 451.25 |
| 04/29 | Card Purchase With Pin  04/29 Shell Service Station Alamo CA Card 0665 | 72.70 |
| 04/30 | Card Purchase          04/29 Amzn Mktp US*Je2Rd30 Amzn.Com/Bill WA Card 0665 | 148.70 |
| 04/30 | Card Purchase          04/30 Amzn Mktp US*5A0D68J Amzn.Com/Bill WA Card 0665 | 67.18 |
| 04/30 | Card Purchase          04/29 Amzn Mktp US*NY8H20I Amzn.Com/Bill WA Card 0665 | 61.98 |
| **Total ATM & Debit Card Withdrawals** | | **$7,749.09** |

## ATM & DEBIT CARD SUMMARY

Kristine P Manlapaz  Card 0665

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $800.00 |
| Total Card Purchases | $6,949.09 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $800.00 |
| Total Card Purchases | $6,949.09 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | 04/02 Online ACH Payment 11127440660 To Quynhsloan (_######1947) | $2,500.00 |
| 04/02 | 04/02 Online Transfer To Chk ...5511 Transaction#: 20342980568 | 1,000.00 |
| 04/02 | 04/02 Online ACH Payment 11127448508 To Jonathanpadilla (_######5531) | 1,000.00 |
| 04/03 | 04/03 Online International Wire Transfer A/C: Bank of The Philippine Islands Makati City Philippines 1226 Ph Ref:/Rfb/007294021455N Invoice Payment Trn: 3306404094Es | 2,000.00 |
| 04/04 | 04/04 Same-Day ACH Payment 11127729060 To Wideumbrella (_######1890) | 5,000.00 |
| 04/05 | Orig CO Name:Pgande          Orig ID:5940742640 Desc Date:Apr 24 CO Entry Descr:Web Onlinesec:Web  Trace#:028000084518193 Eed:240405  Ind ID:86886342032024 Ind Name:Nutrition 53 Inc                                                     Web Online Trn: 0964518193Tc | 182.56 |
| 04/09 | 04/09 Online ACH Payment 11128151781 To Wideumbrella (_######1890) | 9,000.00 |
| 04/10 | 04/10 Online Transfer To Chk ...7258 Transaction#: 20423358469 | 2,000.00 |
| 04/10 | 04/10 Online ACH Payment 11128261618 To Cyrusrosales (_###7722) | 2,500.00 |
| 04/11 | 04/11 Online ACH Payment 11128483611 To Adonisalambra (_########6294) | 1,500.00 |
| 04/12 | 04/12 Online Transfer To Chk ...7258 Transaction#: 20447470164 | 1,100.00 |
| 04/12 | 04/12 Online ACH Payment 11128624017 To Wideumbrella (_######1890) | 2,000.00 |
| 04/15 | Orig CO Name:Liberty          Orig ID:0000061050 Desc Date:240415 CO Entry Descr:Mutual   Sec:Web   Trace#:021000025261904 Eed:240415  Ind ID:8437825 Ind Name:Nutrition 53 *Inc 844-961-0334 Trn: 1065261904Tc | 238.92 |
| 04/16 | 04/16 Same-Day ACH Payment 11128825855 To Quynhsloan (_######1947) | 2,500.00 |
| 04/16 | 04/16 Online International Wire Transfer A/C: Bank of The Philippine Islands Makati City Philippines 1226 Ph Ref:/Rfb/007294021455N Invoice Payment Trn: 3168014107Es | 3,500.00 |
| 04/17 | 04/17 Online ACH Payment 11128963354 To Centraltransport (_######7668) | 820.09 |
| 04/18 | 04/18 Same-Day ACH Payment 11129115428 To Kristinemanlapaz (_######8672) | 8,000.00 |
| 04/18 | Orig CO Name:American Express      Orig ID:9493560001 Desc Date:240418 CO Entry Descr:ACH Pmt  Sec:CCD  Trace#:021000026294943 Eed:240418  Ind ID:A3130 Ind Name:William Romanowski                                              Am Trn: 1096294943Tc | 500.00 |


# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/22 | Orig CO Name:Paypal        Orig ID:Paypalmtcu Desc Date:240421 CO Entry Descr:Transfer  Sec:Web   Trace#:091000010565124 Eed:240422   Ind ID:Wal-Mart.Com US Ind Name:Nutrition53  Inc.                                          Transfer Trn: 1130565124Tc | 0.32 |
| 04/22 | 04/22 Online ACH Payment 11129385667 To Annetanswai (_########8148) | 333.33 |
| 04/23 | 04/23 Online ACH Payment 11129488285 To Wingseeng (_########8161) | 2,958.17 |
| 04/23 | 04/23 Online Transfer To Chk ...7258 Transaction#: 20553882303 | 2,000.00 |
| 04/23 | 04/23 Online Transfer To Chk ...5511 Transaction#: 20553873452 | 1,000.00 |
| 04/24 | Orig CO Name:Quarterly Fee        Orig ID:1501000502 Desc Date:240423 CO Entry Descr:Payment  Sec:CCD    Trace#:041036042820012 Eed:240424  Ind ID:0000 Ind Name:Nutrition 53, Inc                                               ACH Transaction Trn: 1152820012Tc | 926.00 |
| 04/24 | 04/24 Online ACH Payment 11129611581 To Jonpadilla (_######5531) | 3,000.00 |
| 04/24 | 04/24 Online ACH Payment 11129609604 To Rosettacheung (_##########9071) | 2,500.00 |
| 04/25 | 04/25 Online ACH Payment 11129734937 To Cyrusrosales (_###7722) | 2,500.00 |
| 04/26 | 04/26 Online ACH Payment 11129898756 To Adonisalambra (_########6294) | 1,500.00 |
| 04/26 | Zelle Payment To Cyrus Rosales Jpm99Ag3Ewab | 325.00 |
| 04/28 | 04/28 Online Transfer To Chk ...7258 Transaction#: 20603318116 | 2,000.00 |
| 04/29 | 04/29 Online ACH Payment 11130074479 To Jonathanpadilla (_######5531) | 2,000.00 |
| 04/29 | 04/29 Online ACH Payment 11130095522 To Centraltransport (_#######7668) | 756.04 |
| 04/30 | 04/30 Online ACH Payment 11130249913 To Quynhsloan (_######1947) | 2,500.00 |
| **Total Electronic Withdrawals** | | **$69,640.43** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Service Charges For The Month of March | $60.45 |
| **Total Fees** | | **$60.45** |

# DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | $1,045.72 | 04/11 | 2,213.80 | 04/22 | 3,580.85 |
| 04/02 | 4,178.82 | 04/12 | 1,900.75 | 04/23 | 5,705.50 |
| 04/03 | 4,247.07 | 04/15 | 1,873.04 | 04/24 | 1,421.16 |
| 04/04 | 2,699.72 | 04/16 | 3,681.74 | 04/25 | 2,177.59 |
| 04/05 | 4,134.93 | 04/17 | 5,345.08 | 04/26 | 3,990.99 |
| 04/08 | 5,273.66 | 04/18 | 228.27 | 04/29 | 1,420.24 |
| 04/09 | 4,768.89 | 04/19 | 1,686.24 | 04/30 | 2,734.17 |
| 04/10 | 1,875.95 | | | | |

# SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included:  00000000000527695511

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $147.50 |
| **Total Service Charges** | **$147.50**  Will be assessed on 5/3/24 |



# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 25 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 65 | 500 | 0 | $0.40 | $0.00 |
| **Non-Electronic Transactions** | | | | | |
| Rtp/Same Day-High Value | 5 | 0 | 5 | $25.00 | $125.00 |
| **Other Service Charges:** | | | | | |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 2 | 4 | 0 | $40.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Standard ACH Pmnts Initial Fee | 9 | 0 | 9 | $2.50 | $22.50 |
| **Subtotal Other Service Charges (Will be assessed on 5/3/24)** | | | | | **$147.50** |

**ACCOUNT** 000000111615909

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 24 |
| **Credits** | |
| Non-Electronic Transactions | 63 |
| **Non-Electronic Transactions** | |
| Rtp/Same Day-High Value | 5 |
| **Other Service Charges:** | |
| **Miscellaneous Fees** | |
| Online US Dollar Intl Wire Fee | 2 |
| **Cash Management Services** | |
| Standard ACH Pmnts Initial Fee | 9 |

**ACCOUNT** 000000527695511

| | |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 2 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

    Your name and account number;
    A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
    The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2024 through April 30, 2024

Account Number:        000000112227258



00001555 DRE 111 212 12424 NNNNNNNNNNN  1 000000000 D2 0000

NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$96.25** |
| Deposits and Additions | 4 | 7,100.00 |
| Electronic Withdrawals | 6 | -7,035.94 |
| **Ending Balance** | **10** | **$160.31** |

Your Chase Platinum Business Checking account provides:
  No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
  500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
  $25,000 in cash deposits per statement cycle
  Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/10 | Online Transfer From Chk ...5909 Transaction#: 20423358469 | $2,000.00 |
| 04/12 | Online Transfer From Chk ...5909 Transaction#: 20447470164 | 1,100.00 |
| 04/23 | Online Transfer From Chk ...5909 Transaction#: 20553882303 | 2,000.00 |
| 04/29 | Online Transfer From Chk ...5909 Transaction#: 20603318116 | 2,000.00 |
| **Total Deposits and Additions** | | **$7,100.00** |


# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/10 | Orig CO Name:Jenine Barroga          Orig ID:770510487C Desc Date:        CO Entry Descr:Iat Paypalsec:Web    Trace#:021000024066492 Eed:240410   Ind ID:1033684848225 Ind Name:Nutrition53, Inc. Trn: 1014066492Tc | $2,004.99 |
| 04/12 | Orig CO Name:Jenine Barroga          Orig ID:770510487C Desc Date:        CO Entry Descr:Iat Paypalsec:Web    Trace#:021000027838985 Eed:240412   Ind ID:1033730027496 Ind Name:Nutrition53, Inc. Trn: 1037838985Tc | 1,004.99 |
| 04/19 | Orig CO Name:Paypal              Orig ID:Paypalsi77 Desc Date:240419 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000025901237 Eed:240419   Ind ID:Google Youtube              Ind Name:Nutrition53, Inc. 240419Ppz9O7 Trn: 1105901237Tc | 13.99 |
| 04/23 | Orig CO Name:Jenine Barroga          Orig ID:770510487C Desc Date:        CO Entry Descr:Iat Paypalsec:Web    Trace#:021000023352112 Eed:240423   Ind ID:1033948643045 Ind Name:Nutrition53, Inc. Trn: 1143352112Tc | 2,004.99 |
| 04/25 | Orig CO Name:Paypal              Orig ID:Paypalsi77 Desc Date:240425 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000021517690 Eed:240425   Ind ID:Google Google S              Ind Name:Nutrition53, Inc. 240425Ppz0Au Trn: 1161517690Tc | 1.99 |
| 04/29 | Orig CO Name:Jenine Barroga          Orig ID:770510487C Desc Date:        CO Entry Descr:Iat Paypalsec:Web    Trace#:021000026480186 Eed:240429   Ind ID:1034051341611 Ind Name:Nutrition53, Inc. Iatcv240428Ppz9WV Trn: 1206480186Tc | 2,004.99 |
| | **Total Electronic Withdrawals** | **$7,035.94** |

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/10 | $91.26 |
| 04/12 | 186.27 |
| 04/19 | 172.28 |
| 04/23 | 167.29 |
| 04/25 | 165.30 |
| 04/29 | 160.31 |

# SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 6 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT** 000000112227258

| | | |
|---|---|---|
| **Other Service Charges:** | | |
| **Credits** | | |
| Non-Electronic Transactions | 6 | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.




**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

      Your name and account number;
      A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
      The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2024 through April 30, 2024

Account Number: 000000527695511



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00019228 DRE 703 210 12424 NNNNNNNNNNN  1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$86.62** |
| Deposits and Additions | 3 | 2,066.40 |
| Electronic Withdrawals | 2 | -2,000.00 |
| **Ending Balance** | **5** | **$153.02** |

Your Chase Platinum Business Checking account provides:
    No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
    500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
    $25,000 in cash deposits per statement cycle
    Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account -  please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | Online Transfer From Chk ...5909 Transaction#: 20342980568 | $1,000.00 |
| 04/09 | Orig CO Name:Wal-Mart Stores     Orig ID:4216028    Desc Date:240409 CO Entry Descr:657956565 Sec:CCD    Trace#:061120086171752 Eed:240409  Ind ID:366184365372184     Ind Name:Nutrition53, Inc.     Wal-Mart Stores, Inc Payment                    4366184365175024 Trn: 1006171752Tc | 66.40 |
| 04/23 | Online Transfer From Chk ...5909 Transaction#: 20553873452 | 1,000.00 |
| **Total Deposits and Additions** | | **$2,066.40** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Orig CO Name:Barclaycard US     Orig ID:2510407970 Desc Date:     CO Entry Descr:Creditcardsec:Web    Trace#:026002575666605 Eed:240403   Ind ID:1113551060 Ind Name:Kristine Manlapaz Trn: 0945666605Tc | $1,000.00 |
| 04/24 | Orig CO Name:Barclaycard US     Orig ID:2510407970 Desc Date:     CO Entry Descr:Creditcardsec:Web    Trace#:026002573017586 Eed:240424   Ind ID:1121238325 Ind Name:Kristine Manlapaz Trn: 1153017586Tc | 1,000.00 |
| **Total Electronic Withdrawals** | | **$2,000.00** |

Case: 23-40997   Doc# 77   Filed: 05/22/24   Entered: 05/22/24 07:43:36   Page 30 of 35


## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 04/02 | $1,086.62 |
| 04/03 | 86.62 |
| 04/09 | 153.02 |
| 04/23 | 1,153.02 |
| 04/24 | 153.02 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

　　Your name and account number;
　　A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
　　The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



## Statement for April 2024

Nutrition53, Inc.
497 Ediston Ct.
Suite B
94534 Fairfield

### Balance Summary (4/1/24 - 4/30/24)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 0.00 | 0.00 | 0.00 | 0.00 |



## Activity Summary (4/1/24 - 4/30/24)

|  | USD |
|---|---|
| **Beginning Available Balance** | **0.00** |
| Payments received | 0.00 |
| Payments sent | -7,015.98 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 7,035.94 |
| Fees | -19.96 |
| **Ending Available Balance** | **0.00** |



## Payments sent

| Description | USD |
|---|---|
| General payment | -7,000.00 |
| Payment Bill User Payment | -15.98 |
| **Total** | **-7,015.98** |

## Deposits and Credits

| Description | USD |
|---|---|
| Transfer Deposit | 7,035.94 |
| **Total** | **7,035.94** |

## Fees

| Description | USD |
|---|---|
| Fee | -19.96 |
| **Total** | **-19.96** |

# PayPal

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|------|-------------|--------------|------:|----:|----:|
| 4/10/24 | General Payment<br>ID: 34Y70134GK378234C | Jenine Barroga<br>jeninewbarroga@gmail.com | -2,000.00 | -4.99 | -2,004.99 |
| 4/10/24 | Bank Deposit to PP Account<br>ID: 9SJ145035L843323F | | 2,004.99 | 0.00 | 2,004.99 |
| 4/12/24 | General Payment<br>ID: 9M716471U1338383R | Jenine Barroga<br>jeninewbarroga@gmail.com | -1,000.00 | -4.99 | -1,004.99 |
| 4/12/24 | Bank Deposit to PP Account<br>ID: 3A124079RM773710L | | 1,004.99 | 0.00 | 1,004.99 |
| 4/19/24 | PreApproved Payment Bill User<br>Payment<br>ID: 9U4334615T5352912 | Google<br>paypal-account-usd@google.com | -13.99 | 0.00 | -13.99 |
| 4/19/24 | Bank Deposit to PP Account<br>ID: 3TD11281WV892870C | | 13.99 | 0.00 | 13.99 |
| 4/23/24 | General Payment<br>ID: 9PY94454954069910 | Jenine Barroga<br>jeninewbarroga@gmail.com | -2,000.00 | -4.99 | -2,004.99 |
| 4/23/24 | Bank Deposit to PP Account<br>ID: 0UV77346GT754470N | | 2,004.99 | 0.00 | 2,004.99 |
| 4/25/24 | PreApproved Payment Bill User<br>Payment<br>ID: 69F55581HY6548157 | Google<br>paypal-account-usd@google.com | -1.99 | 0.00 | -1.99 |
| 4/25/24 | Bank Deposit to PP Account<br>ID: 4W127676V9177900L | | 1.99 | 0.00 | 1.99 |
| 4/28/24 | General Payment<br>ID: 1VR00450W6931044W | Jenine Barroga<br>jeninewbarroga@gmail.com | -2,000.00 | -4.99 | -2,004.99 |
| 4/28/24 | Bank Deposit to PP Account<br>ID: 52J33931Y1017580J | | 2,004.99 | 0.00 | 2,004.99 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-630 (to assess and verify current recurring billing and/or recurring payments being entered into with seller).