UNITED STATES BANKRUPTCY COURT
FOR THE NOR DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In Re. NUTRITION 53, INC. | § | Case No. 23-40997 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2024

Petition Date: 08/11/2023

Months Pending: 10

Industry Classification: 4 4 6 1

Reporting Method: Accrual Basis ◉ Cash Basis ◯

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☒ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

Kristine Manlapaz
Signature of Responsible Party

06/21/2024
Date

Kristine Manlapaz
Printed Name of Responsible Party

497 Edison Ct. Suite B, Fairfield, CA 94534
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name NUTRITION 53, INC. Case No. 23-40997

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $8,589 | |
| b. | Total receipts (net of transfers between accounts) | $72,599 | $151,576 |
| c. | Total disbursements (net of transfers between accounts) | $69,765 | $147,411 |
| d. | Cash balance end of month (a+b-c) | $11,423 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $69,765 | $147,411 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $3,895 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $94,110 |
| c. | Inventory (Book ◉ Market ◯ Other ◯ (attach explanation)) | $115,802 |
| d | Total current assets | $213,807 |
| e. | Total assets | $213,807 |
| f. | Postpetition payables (excluding taxes) | $3,054 |
| g. | Postpetition payables past due (excluding taxes) | $19,675 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $3,054 |
| k. | Prepetition secured debt | $15,093,164 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $4,546,931 |
| n. | Total liabilities (debt) (j+k+l+m) | $19,643,149 |
| o. | Ending equity/net worth (e-n) | $-19,429,342 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $73,042 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $3,430 | |
| c. | Gross profit (a-b) | $69,613 | |
| d. | Selling expenses | $1,281 | |
| e. | General and administrative expenses | $82,759 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $168 | |
| h. | Interest | $33,938 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-48,533 | $-94,404 |

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 3 of 37

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxvii | | | | | | |

Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 4 of 37

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 6 of 37

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxvii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 7 of 37

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | Question | Answer |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | No |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | No |
| c. | Were any payments made to or on behalf of insiders? | Yes |
| d. | Are you current on postpetition tax return filings? | Yes |
| e. | Are you current on postpetition estimated tax payments? | Yes |
| f. | Were all trust fund taxes remitted on a current basis? | Yes |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | No |
| h. | Were all payments made to or on behalf of professionals approved by the court? | N/A |
| i. | Do you have: Worker's compensation insurance? | No |
| | If yes, are your premiums current? (if no, see Instructions) | N/A |
| | Casualty/property insurance? | Yes |
| | If yes, are your premiums current? (if no, see Instructions) | Yes |
| | General liability insurance? | Yes |
| | If yes, are your premiums current? (if no, see Instructions) | Yes |
| j. | Has a plan of reorganization been filed with the court? | No |
| k. | Has a disclosure statement been filed with the court? | No |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Kristine Manlapaz
Signature of Responsible Party

Kristine Manlapaz
Printed Name of Responsible Party

CEO
Title

06/21/2024
Date



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

# Nutrition 53, Inc.

## Balance Sheet

As of May 31, 2024

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 1110000 Bank Accounts | 9,675.23 |
| 1120000 Clearing Accounts | 135,706.83 |
| **Total Bank Accounts** | **$145,382.06** |
| Accounts Receivable | |
| 1210000 Accounts Receivables | 97,999.75 |
| **Total Accounts Receivable** | **$97,999.75** |
| Other Current Assets | |
| 1310000 Inventories | 115,802.07 |
| 1320000 Prepaid Expenses | 23,934.43 |
| **Total Other Current Assets** | **$139,736.50** |
| **Total Current Assets** | **$383,118.31** |
| Fixed Assets | |
| 1410001 Computers | 1,941.20 |
| 1410002 Furniture | 2,863.40 |
| 1410003 Software | 31,253.80 |
| 1410004 Leasehold Improvements | 17,059.43 |
| 1410005 Warehouse Equipment | 9,695.88 |
| 1410006 Accumulated Depreciation | -75,736.96 |
| 1410008 Equipment | 11,247.15 |
| 1410009 Office Equipments | 2,402.40 |
| 1510000 Other Non-Current Assets and Intangibles | 106,700.00 |
| 1510004 Accumulated Amortization | -74,497.50 |
| **Total Fixed Assets** | **$32,928.80** |
| **TOTAL ASSETS** | **$416,047.11** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2110000 Accounts Payable | 694,735.44 |
| **Total Accounts Payable** | **$694,735.44** |
| Credit Cards | |
| 2210000 Credit Card | 21,951.38 |
| **Total Credit Cards** | **$21,951.38** |
| Other Current Liabilities | |
| 2310000 Other Current Liability | 4,100,982.74 |
| 2320000 Accruals | 280,806.99 |
| **Total Other Current Liabilities** | **$4,381,789.73** |

Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 13 of 37

# Nutrition 53, Inc.

## Balance Sheet

As of May 31, 2024

| | TOTAL |
|---|---:|
| **Total Current Liabilities** | **$5,098,476.55** |
| Long-Term Liabilities | |
| 2410000 Long Term Liabilities | 321,895.58 |
| **Total Long-Term Liabilities** | **$321,895.58** |
| **Total Liabilities** | **$5,420,372.13** |
| Equity | |
| 3110000 Additional Paid In Capital | 8,075,979.42 |
| 3210000 Contributed Capital (Par Value) | 6,440.25 |
| 3310000 Retained Earnings | -12,837,501.96 |
| Net Income | -249,242.73 |
| **Total Equity** | **$ -5,004,325.02** |
| **TOTAL LIABILITIES AND EQUITY** | **$416,047.11** |

# Nutrition 53, Inc.

## Profit and Loss

May 2024

| | TOTAL |
|---|---|
| Income | |
| 4120000 Protein Powder | 14,040.60 |
| 4140000 Capsules | 707.22 |
| 4210000 Other Sales | 1,095.64 |
| 4310000 Sales Discount and MCB | -53.65 |
| Sales on Distribution | 57,252.64 |
| **Total Income** | **$73,042.45** |
| Cost of Goods Sold | |
| 5120000 Protein Powder. | 3,274.19 |
| 5140000 Capsules. | 155.52 |
| **Total Cost of Goods Sold** | **$3,429.71** |
| GROSS PROFIT | **$69,612.74** |
| Expenses | |
| 6140000 Bank Charges. | 3,504.54 |
| 6160000 Business Insurances | 1,111.19 |
| 6170000 Interests | 33,938.03 |
| 6190000 Office/General Administrative Expenses | 3,197.56 |
| 6260000 Travel Expense | 1,178.42 |
| 8160000 Medical Expenses... | 712.51 |
| 8210000 Salaries and Wages.. | 62,150.00 |
| 8220000 Rent or Lease.. | 7,514.88 |
| 8240000 Shipping, Freight and Delivery | 1,281.01 |
| 8270000 Utilities.. | 3,389.70 |
| **Total Expenses** | **$117,977.84** |
| NET OPERATING INCOME | **$ -48,365.10** |
| Other Expenses | |
| 8120000 Amortization.. | 167.50 |
| **Total Other Expenses** | **$167.50** |
| NET OTHER INCOME | **$ -167.50** |
| NET INCOME | **$ -48,532.60** |

# Nutrition 53, Inc.
## Statement of Capital Assets
### As of May 31, 2024

| | Total |
|---|---|
| **Fixed Assets** | |
| **1410001 Computers** | 1,941.20 |
| **1410002 Furniture** | 2,863.40 |
| **1410003 Software** | 31,253.80 |
| **1410004 Leasehold Improvements** | 17,059.43 |
| **1410005 Warehouse Equipment** | 9,695.88 |
| **1410006 Accumulated Depreciation** | -75,736.96 |
| **1410007 Truck** | 0.00 |
| **1410008 Equipment** | 11,247.15 |
| **1410009 Office Equipments** | 2,402.40 |
| **1510000 Other Non-Current Assets and Intangibles** | |
| **1510001 Organizational Expenses** | 40,200.00 |
| **1510002 Formulation** | 25,000.00 |
| **1510007 Membership** | 41,500.00 |
| **Total 1510000 Other Non-Current Assets and Intangibles** | **$ 106,700.00** |
| **1510004 Accumulated Amortization** | -74,497.50 |
| **Total Fixed Assets** | **$ 32,928.80** |

# Nutrition 53, Inc.

## A/R Aging Summary

As of May 31, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Amazon | | 780.31 | | | 92,312.89 | $93,093.20 |
| Caveman | | | | | 272.25 | $272.25 |
| GNC | | | | | 1,259.30 | $1,259.30 |
| Lean1.com Shopify | 1,662.59 | -167.42 | | | | $1,495.17 |
| Paolo Cristobal | | | | | 1,612.34 | $1,612.34 |
| PFA | | | | | -2,229.50 | $ -2,229.50 |
| Sam's Club | | | | | 554.83 | $554.83 |
| ShopHQ | | | | | 327.92 | $327.92 |
| The Kroger Co. | 1,620.00 | | | | | $1,620.00 |
| TOTAL | **$3,282.59** | **$612.89** | **$0.00** | **$0.00** | **$94,110.03** | **$98,005.51** |

Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 17 of 37

# Nutrition 53, Inc.

## A/P Aging Summary

As of May 31, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| All Points Manufacturing | | | | | 4,536.60 | $4,536.60 |
| Altec Packaging, Inc | | | | | 5,534.80 | $5,534.80 |
| Boos & Associates | | | | | 13,163.81 | $13,163.81 |
| Boutin Jones Inc | | | | | 2,064.00 | $2,064.00 |
| Central Transport | | | | | 3,360.09 | $3,360.09 |
| Command Nutritionals | | | | | 246,836.83 | $246,836.83 |
| CommerceHub | | | | | 67.00 | $67.00 |
| Ergo Law | | | | | 3,300.00 | $3,300.00 |
| Federal Express | | | | | 71,896.84 | $71,896.84 |
| Formulation Solutions | | | | | 7,000.00 | $7,000.00 |
| Proform Laboratories | | | | | 57,352.76 | $57,352.76 |
| Smoothie King Historical | | | | | 232,365.45 | $232,365.45 |
| Total Quality Logistics | | | | | 5,155.00 | $5,155.00 |
| Veritas Property Management | | 9,643.11 | 10,028.73 | | 4,915.56 | $24,587.40 |
| Wide Umbrella | | | | | 11,500.00 | $11,500.00 |
| Zoe Padilla. | 3,053.71 | | 2.97 | | 2,958.18 | $6,014.86 |
| TOTAL | **$3,053.71** | **$9,643.11** | **$10,031.70** | **$0.00** | **$672,006.92** | **$694,735.44** |

## Nutrition 53, Inc.

### Statement of Cash Flows

### May 1-31,2024

| | January |
|---|---|
| **Cash Beginning** | **$8,588.68** |
| | |
| Cash Receipts | $72,599.37 |
| | |
| Payments to Vendors | $53,058.28 |
| Admin Expenses | $16,706.30 |
| Total Disbursements | $69,764.58 |
| | |
| **Cash End** | **$11,423.47** |





## Statement for May 2024

Nutrition53, Inc.
497 Ediston Ct.
Suite B
94534 Fairfield

## Balance Summary (5/1/24 - 5/31/24)

| | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 0.00 | 0.00 | 0.00 | 0.00 |



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 20 of 37





## Activity Summary (5/1/24 - 5/31/24)

| | USD |
|---|---|
| **Beginning Available Balance** | **0.00** |
| Payments received | 0.00 |
| Payments sent | -9,213.99 |
| Withdrawals and Debits | -1.99 |
| Deposits and Credits | 9,240.93 |
| Fees | -24.95 |
| **Ending Available Balance** | **0.00** |



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 21 of 37





## Payments sent

| Description | USD |
|---|---|
| General payment | -9,200.00 |
| Payment Bill User Payment | -13.99 |
| **Total** | **-9,213.99** |

## Withdrawals and Debits

| Description | USD |
|---|---|
| Transfer Withdrawal | -1.99 |
| **Total** | **-1.99** |

## Deposits and Credits

| Description | USD |
|---|---|
| Payment Refund | 1.99 |
| Transfer Deposit | 9,238.94 |
| **Total** | **9,240.93** |

## Fees

| Description | USD |
|---|---|
| Fee | -24.95 |
| **Total** | **-24.95** |





## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 5/4/24 | General Payment<br>ID: 5HH152090P8752401 | Jenine Barroga<br>jeninewbarroga@gmail.com | -1,200.00 | -4.99 | -1,204.99 |
| 5/4/24 | Bank Deposit to PP Account<br>ID: 9NX16365XG236515H | | 1,204.99 | 0.00 | 1,204.99 |
| 5/10/24 | General Payment<br>ID: 8M879431H4642640C | Jenine Barroga<br>jeninewbarroga@gmail.com | -2,000.00 | -4.99 | -2,004.99 |
| 5/10/24 | Bank Deposit to PP Account<br>ID: 3CK18262XE728651U | | 2,004.99 | 0.00 | 2,004.99 |
| 5/14/24 | General Payment<br>ID: 5KE11408KB888193C | Jenine Barroga<br>jeninewbarroga@gmail.com | -2,000.00 | -4.99 | -2,004.99 |
| 5/14/24 | Bank Deposit to PP Account<br>ID: 7RR25445810883248 | | 2,004.99 | 0.00 | 2,004.99 |
| 5/17/24 | Payment Refund<br>ID: 5AR93989SP388832B | Google<br>paypal-account-usd@google.com | 1.99 | 0.00 | 1.99 |
| 5/17/24 | User Initiated Withdrawal<br>ID: 92F698034T121143A | | -1.99 | 0.00 | -1.99 |
| 5/19/24 | PreApproved Payment Bill User Payment<br>ID: 9BM185344L910991E | Google<br>paypal-account-usd@google.com | -13.99 | 0.00 | -13.99 |
| 5/19/24 | Bank Deposit to PP Account<br>ID: 7ME3312213236353M | | 13.99 | 0.00 | 13.99 |
| 5/25/24 | General Payment<br>ID: 2AT90016X1763511K | Jenine Barroga<br>jeninewbarroga@gmail.com | -2,000.00 | -4.99 | -2,004.99 |
| 5/25/24 | Bank Deposit to PP Account<br>ID: 5579110108540313S | | 2,004.99 | 0.00 | 2,004.99 |
| 5/29/24 | General Payment<br>ID: 154289714T794603J | Jenine Barroga<br>jeninewbarroga@gmail.com | -2,000.00 | -4.99 | -2,004.99 |
| 5/29/24 | Bank Deposit to PP Account<br>ID: 2ED740785E709020D | | 2,004.99 | 0.00 | 2,004.99 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051



May 01, 2024 through May 31, 2024
Account Number: 000000527695511

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00019956 DRE 703 210 15724 NNNNNNNNNNN 1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695



00199560101000000021

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$153.02** |
| Deposits and Additions | 2 | 1,500.00 |
| Electronic Withdrawals | 2 | -1,500.00 |
| **Ending Balance** | **4** | **$153.02** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | Online Transfer From Chk ...5909 Transaction#: 20713693052 | $1,000.00 |
| 05/29 | Online Transfer From Chk ...5909 Transaction#: 20918748552 | 500.00 |
| **Total Deposits and Additions** | | **$1,500.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09 | Orig CO Name:Barclaycard US Orig ID:2510407970 Desc Date: CO Entry Descr:Creditcardsec:Web Trace#:026002576904708 Eed:240509 Ind ID:1126700535 Ind Name:Kristine Manlapaz Trn: 1306904708Tc | $1,000.00 |
| 05/30 | Orig CO Name:Barclaycard US Orig ID:2510407970 Desc Date: CO Entry Descr:Creditcardsec:Web Trace#:026002572407529 Eed:240530 Ind ID:1134085075 Ind Name:Kristine Manlapaz Trn: 1512407529Tc | 500.00 |
| **Total Electronic Withdrawals** | | **$1,500.00** |





## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/08 | $1,153.02 |
| 05/09 | 153.02 |
| 05/29 | 653.02 |
| 05/30 | 153.02 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2024 through May 31, 2024
Account Number: 000000111615909



CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00004672 DRE 703 210 15724 NNNNNNNNNNN 1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695




## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,734.17** |
| Deposits and Additions | 27 | 64,299.81 |
| ATM & Debit Card Withdrawals | 43 | -5,297.86 |
| Electronic Withdrawals | 31 | -59,101.08 |
| Fees | 1 | -147.50 |
| **Ending Balance** | **102** | **$2,487.54** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240501 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000028507828 Eed:240501 Ind ID:11130230158 Ind Name:Nutrition 53 Trn: 1228507828Tc | $2,477.68 |
| 05/02 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240502 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000022514816 Eed:240502 Ind ID:11130374657 Ind Name:Nutrition 53 Apr 29-30 Trn: 1232514816Tc | 3,102.67 |
| 05/03 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240503 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000023952884 Eed:240503 Ind ID:11130536623 Ind Name:Nutrition 53 Apr 30 - May 1 Trn: 1243952884Tc | 3,489.96 |
| 05/06 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240506 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000020592148 Eed:240506 Ind ID:11130737365 Ind Name:Nutrition 53 May 1-2 Trn: 1270592148Tc | 1,624.75 |
| 05/06 | Orig CO Name:Vitacost.Com Orig ID:1371333024 Desc Date:240503 CO Entry Descr:Trade Pay Sec:CCD Trace#:091000010803285 Eed:240506 Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1270803285Tc | 129.65 |
| 05/07 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240507 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000021710019 Eed:240507 Ind ID:11130858795 Ind Name:Nutrition 53 May 3-5 Trn: 1281710019Tc | 3,944.94 |

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240508 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000025866704 Eed:240508 Ind ID:11130979324 Ind Name:Nutrition 53 May 5-6 Trn: 1295866704Tc | 3,101.15 |
| 05/08 | Orig CO Name:Vitacost.Com Orig ID:1371333024 Desc Date:240507 CO Entry Descr:Trade Pay Sec:CCD Trace#:091000015445720 Eed:240508 Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1295445720Tc | 388.95 |
| 05/09 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240509 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000026842984 Eed:240509 Ind ID:11131103285 Ind Name:Nutrition 53 May 6-7 Trn: 1306842984Tc | 3,239.70 |
| 05/10 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240510 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000020811039 Eed:240510 Ind ID:11131266297 Ind Name:Nutrition 53 May 7-8 Trn: 1310811039Tc | 1,933.67 |
| 05/13 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240513 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000026755148 Eed:240513 Ind ID:11131437750 Ind Name:Nutrition 53 May 8-9 Trn: 1346755148Tc | 1,684.95 |
| 05/14 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240514 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000021653701 Eed:240514 Ind ID:11131559845 Ind Name:Nutrition 53 May 9-12 Trn: 1351653701Tc | 5,009.59 |
| 05/15 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240515 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000020225380 Eed:240515 Ind ID:11131712557 Ind Name:Nutrition 53 May 12-13 Trn: 1360225380Tc | 1,727.30 |
| 05/16 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240516 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000028465842 Eed:240516 Ind ID:11131809816 Ind Name:Nutrition 53 May 13-14 Trn: 1378465842Tc | 2,430.94 |
| 05/16 | Orig CO Name:Vitacost.Com Orig ID:1371333024 Desc Date:240515 CO Entry Descr:Trade Pay Sec:CCD Trace#:091000017535557 Eed:240516 Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1377535557Tc | 793.80 |
| 05/17 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240517 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000026119311 Eed:240517 Ind ID:11131965609 Ind Name:Nutrition 53 May 15-16 Trn: 1386119311Tc | 1,922.73 |
| 05/20 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240520 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000028932262 Eed:240520 Ind ID:11132162042 Ind Name:Nutrition 53 May 15-16 Trn: 1418932262Tc | 2,772.49 |
| 05/21 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240521 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000020985023 Eed:240521 Ind ID:11132304435 Ind Name:Nutrition 53 May 16-19 Trn: 1420985023Tc | 4,669.47 |
| 05/21 | Orig CO Name:Vitacost.Com Orig ID:1371333024 Desc Date:240520 CO Entry Descr:Trade Pay Sec:CCD Trace#:091000010463156 Eed:240521 Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1420463156Tc | 259.30 |
| 05/22 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240522 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000023377319 Eed:240522 Ind ID:11132391928 Ind Name:Nutrition 53 May 19-20 Trn: 1433377319Tc | 1,385.95 |
| 05/23 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240523 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000023247174 Eed:240523 Ind ID:11132523820 Ind Name:Nutrition 53 May 20-21 Trn: 1443247174Tc | 2,164.82 |
| 05/24 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240524 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000025402984 Eed:240524 Ind ID:11132669768 Ind Name:Nutrition 53 May 21-22 Trn: 1455402984Tc | 2,249.98 |
| 05/24 | Orig CO Name:Vitacost.Com Orig ID:1371333024 Desc Date:240523 CO Entry Descr:Trade Pay Sec:CCD Trace#:091000014636759 Eed:240524 Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1454636759Tc | 129.65 |
| 05/28 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240528 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000022409620 Eed:240528 Ind ID:11132825465 Ind Name:Nutrition 53 May 22-23 Trn: 1492409620Tc | 1,339.25 |



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 27 of 37





## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/29 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240529 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000025733548 Eed:240529 Ind ID:11132963315 Ind Name:Nutrition 53 May 23-27 Trn: 1505733548Tc | 8,534.03 |
| 05/30 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240530 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000022281989 Eed:240530 Ind ID:11133125406 Ind Name:Nutrition 53 May 27-28 Trn: 1512281989Tc | 1,162.33 |
| 05/31 | Orig CO Name:Pro Performance Orig ID:9200502235 Desc Date:240531 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000026988500 Eed:240531 Ind ID:11133349189 Ind Name:Nutrition 53 May 28-29 Trn: 1526988500Tc | 2,630.11 |
| **Total Deposits and Additions** | | **$64,299.81** |



10046720402000000064

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Card Purchase 04/30 Amazon.Com*Fr2T60Yp3 Amzn.Com/Bill WA Card 0665 | $64.10 |
| 05/01 | Card Purchase 04/30 Amzn Mktp US*Zd9G25B Amzn.Com/Bill WA Card 0665 | 53.92 |
| 05/01 | Recurring Card Purchase 04/30 Kaiser Pay Internet 800-464-4000 CA Card 0665 | 712.51 |
| 05/01 | Card Purchase 04/30 Amzn Mktp US*Rr8Od1A Amzn.Com/Bill WA Card 0665 | 46.74 |
| 05/01 | Recurring Card Purchase 04/30 Www.Namogoo.Com Www.Namogoo.C MA Card 0665 | 32.07 |
| 05/01 | Recurring Card Purchase 05/01 Google *Gsuite_Nutri Cc@Google.Com CA Card 0665 | 253.60 |
| 05/01 | Card Purchase W/Cash 05/01 Safeway #0962 Alamo CA Card 0665 Purchase $194.47 Cash Back $60.00 | 254.47 |
| 05/02 | Card Purchase 05/01 Amzn Mktp US*S462B9B Amzn.Com/Bill WA Card 0665 | 31.41 |
| 05/02 | Recurring Card Purchase 05/02 Skype Redmond WA Card 0665 | 6.50 |
| 05/02 | Card Purchase 05/01 Fastrak Csc 415-486-8655 CA Card 0665 | 40.00 |
| 05/02 | Card Purchase 05/02 Shopify* 229010060 Httpsshopify. IL Card 0665 | 39.00 |
| 05/02 | Card Purchase W/Cash 05/02 Safeway #0962 Alamo CA Card 0665 Purchase $115.34 Cash Back $60.00 | 175.34 |
| 05/03 | Card Purchase 05/01 Fedex Office 800000836 800-4633339 TX Card 0665 | 118.35 |
| 05/03 | Recurring Card Purchase 05/02 Xero US Inv-5306754 Httpswww.Xero CO Card 0665 | 15.00 |
| 05/03 | Card Purchase 05/02 Dialpad Meetings 415-842-9989 CA Card 0665 | 20.00 |
| 05/03 | Recurring Card Purchase 05/02 Dropbox 73Fg7V3Ymk3R 141-58576933 CA Card 0665 | 119.88 |
| 05/03 | Card Purchase 05/03 Amazon.Com*357Iy2J43 Amzn.Com/Bill WA Card 0665 | 40.82 |
| 05/03 | Card Purchase 05/03 Amzn Mktp US*Vj53A6C Amzn.Com/Bill WA Card 0665 | 13.53 |
| 05/06 | Card Purchase 05/04 Amzn Mktp US*IX86A5D Amzn.Com/Bill WA Card 0665 | 96.93 |
| 05/08 | Card Purchase 05/08 Coverdash Policy(S) Httpswww.Usea CA Card 0665 | 842.02 |
| 05/08 | Card Purchase 05/08 Amazon Prime*Qq11M3S Amzn.Com/Bill WA Card 0665 | 16.25 |
| 05/09 | Card Purchase 05/08 Ebay C 16830574422 408-3766151 CA Card 0665 | 4.95 |
| 05/09 | Card Purchase 05/09 Amzn Mktp US*Rd0Eg53 Amzn.Com/Bill WA Card 0665 | 48.37 |
| 05/09 | Card Purchase 05/09 Amzn Mktp US*Rs5Wx66 Amzn.Com/Bill WA Card 0665 | 66.87 |
| 05/09 | Recurring Card Purchase 05/09 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 0665 | 200.00 |
| 05/09 | Recurring Card Purchase 05/09 Docusign Inc. 800-3799973 De Card 0665 | 15.00 |
| 05/14 | Recurring Card Purchase 05/14 Www.Saasant.Com Httpswww.Saas De Card 0665 | 9.99 |
| 05/17 | Card Purchase 05/15 Fedex Office 800000836 800-4633339 TX Card 0665 | 118.35 |
| 05/17 | Recurring Card Purchase 05/17 Www.Namogoo.Com Www.Namogoo.C MA Card 0665 | 240.00 |
| 05/17 | Recurring Card Purchase 05/17 Ring Unlimited Month Httpsring.Com CA Card 0665 | 10.00 |
| 05/20 | Card Purchase 05/17 Sp Markjet Httpsmarkjeti NY Card 0665 | 240.00 |
| 05/21 | Recurring Card Purchase 05/20 Republic Services Tra 866-576-5548 AZ Card 0665 | 81.24 |
| 05/21 | Recurring Card Purchase 05/21 Endicia 800-576-3279 TX Card 0665 | 19.99 |
| 05/22 | Recurring Card Purchase 05/22 Shipstation 512-485-4282 TX Card 0665 | 209.99 |
| 05/24 | Recurring Card Purchase 05/23 Att* Bill Payment 800-331-0500 TX Card 0665 | 172.03 |
| 05/28 | Card Purchase 05/24 IN *Nomadic Ground 415-6249804 CA Card 0665 | 136.63 |

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/28 | Recurring Card Purchase 05/24 Userway.Org Userway.Org De Card 0665 | | 49.00 |
| 05/28 | Card Purchase | 05/25 Amzn Mktp US*Mh07A8A Amzn.Com/Bill WA Card 0665 | 32.61 |
| 05/28 | Card Purchase | 05/27 Amzn Mktp US*247Zt99 Amzn.Com/Bill WA Card 0665 | 35.99 |
| 05/28 | Card Purchase | 05/25 Amzn Mktp US*Qo9Uo86 Amzn.Com/Bill WA Card 0665 | 52.75 |
| 05/28 | Card Purchase | 05/26 Amzn Mktp US*Xs97R2U Amzn.Com/Bill WA Card 0665 | 14.13 |
| 05/30 | Card Purchase | 05/28 Sps Commerce 612-435-9400 MN Card 0665 | 508.53 |
| 05/31 | Card Purchase | 05/31 Shopify* 237560489 Httpsshopify. IL Card 0665 | 39.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$5,297.86** |

## ATM & DEBIT CARD SUMMARY

Kristine P Manlapaz Card 0665

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,297.86 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,297.86 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | 05/01 Online International Wire Transfer A/C: Bank of The Philippine Islands Makati City Philippines 1226 Ph Ref:/Rfb/007294021455N Invoice Payment Trn: 3747964122Es | $1,500.00 |
| 05/06 | 05/04 Online Transfer To Chk ...7258 Transaction#: 20678023282 | 1,500.00 |
| 05/06 | Orig CO Name:Paypal Orig ID:Paypalmtcu Desc Date:240505 CO Entry Descr:Transfer Sec:Web Trace#:091000016889770 Eed:240506 Ind ID:Wal-Mart.Com US Ind Name:Nutrition53 Inc. Transfer Trn: 1276889770Tc | 0.34 |
| 05/06 | 05/06 Same-Day ACH Payment 11130850542 To Wideumbrella (_######1890) | 7,500.00 |
| 05/06 | Zelle Payment To Cyrus Rosales Jpm99Agnnot1 | 66.00 |
| 05/07 | Orig CO Name:Pgande Orig ID:5940742640 Desc Date:May 24 CO Entry Descr:Web Onlinesec:Web Trace#:028000080706878 Eed:240507 Ind ID:90126559041924 Ind Name:Nutrition 53 Inc Web Online Trn: 1280706878Tc | 206.95 |
| 05/08 | 05/08 Same-Day ACH Payment 11131084564 To Kristinemanlapaz (_######8672) | 5,000.00 |
| 05/08 | 05/08 Online Transfer To Chk ...5511 Transaction#: 20713693052 | 1,000.00 |
| 05/10 | 05/10 Online Transfer To Chk ...7258 Transaction#: 20735086873 | 2,000.00 |
| 05/10 | 05/10 Online ACH Payment 11131408860 To Cyrusrosales (_###7722) | 2,500.00 |
| 05/13 | 05/13 Online ACH Payment 11131509062 To Adonisalambra (_########6294) | 1,500.00 |
| 05/13 | Orig CO Name:Liberty Orig ID:0000061050 Desc Date:240513 CO Entry Descr:Mutual Sec:Web Trace#:021000020763838 Eed:240513 Ind ID:7302040 Ind Name:Nutrition 53 *Inc 844-961-0334 Trn: 1340763838Tc | 238.92 |
| 05/14 | 05/14 Online Transfer To Chk ...7258 Transaction#: 20773039475 | 2,000.00 |
| 05/15 | 05/15 Same-Day ACH Payment 11131807082 To Quynhsloan (_######1947) | 2,500.00 |
| 05/16 | 05/16 Online International Wire Transfer A/C: Bank of The Philippine Islands Makati City Philippines 1226 Ph Ref:/Rfb/007294021455N Invoice Payment Trn: 3242864137Es | 3,500.00 |
| 05/20 | Orig CO Name:American Express Orig ID:9493560001 Desc Date:240520 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000024835777 Eed:240520 Ind ID:A2070 Ind Name:William Romanowski Am Trn: 1414835777Tc | 500.00 |








## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | Orig CO Name:Paypal Orig ID:Paypalmtcu Desc Date:240519 CO Entry Descr:Transfer Sec:Web Trace#:091000019382604 Eed:240520 Ind ID:Wal-Mart.Com US Ind Name:Nutrition53 Inc. Transfer Trn: 1419382604Tc | 0.34 |
| 05/20 | 05/20 Same-Day ACH Payment 11132260723 To Kristinemanlapaz (_######8672) | 5,000.00 |
| 05/21 | Zelle Payment To Cyrus Rosales Jpm99Ahf9De6 | 300.00 |
| 05/21 | 05/21 Online ACH Payment 11132390122 To Wingseeng (_########8161) | 2,955.20 |
| 05/22 | 05/22 Online ACH Payment 11132471994 To Annetanswai (_########8148) | 333.33 |
| 05/22 | 05/22 Online ACH Payment 11132472013 To Rosettacheung (_##########9071) | 2,500.00 |
| 05/23 | 05/23 Online ACH Payment 11132610301 To Jonathanpadilla (_######5531) | 2,000.00 |
| 05/28 | 05/25 Online Transfer To Chk ...7258 Transaction#: 20887194615 | 2,000.00 |
| 05/28 | 05/28 Online ACH Payment 11132893915 To Cyrusrosales (_###7722) | 2,500.00 |
| 05/29 | 05/29 Online ACH Payment 11133072299 To Adonisalambra (_########6294) | 1,500.00 |
| 05/29 | 05/29 Online Transfer To Chk ...7258 Transaction#: 20918577318 | 2,000.00 |
| 05/29 | 05/29 Online ACH Payment 11133076750 To Jonathanpadilla (_######5531) | 2,000.00 |
| 05/29 | 05/29 Online Transfer To Chk ...5511 Transaction#: 20918748552 | 500.00 |
| 05/30 | 05/30 Online ACH Payment 11133399097 To Jonathanpadilla (_######5531) | 1,500.00 |
| 05/31 | 05/31 Same-Day ACH Payment 11133496920 To Quynhsloan (_######1947) | 2,500.00 |
| **Total Electronic Withdrawals** | | **$59,101.08** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | Service Charges For The Month of April | $147.50 |
| **Total Fees** | | **$147.50** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/01 | $2,294.44 | 05/13 | 1,364.90 | 05/22 | 1,818.04 |
| 05/02 | 5,104.86 | 05/14 | 4,364.50 | 05/23 | 1,982.86 |
| 05/03 | 8,119.74 | 05/15 | 3,591.80 | 05/24 | 4,190.46 |
| 05/06 | 710.87 | 05/16 | 3,316.54 | 05/28 | 708.60 |
| 05/07 | 4,448.86 | 05/17 | 4,870.92 | 05/29 | 3,242.63 |
| 05/08 | 1,080.69 | 05/20 | 1,903.07 | 05/30 | 2,396.43 |
| 05/09 | 3,985.20 | 05/21 | 3,475.41 | 05/31 | 2,487.54 |
| 05/10 | 1,418.87 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 0000000000527695511

| | | |
|---|---|---|
| Monthly Service Fee | $0.00 | |
| Other Service Charges | $100.75 | |
| **Total Service Charges** | **$100.75** | Will be assessed on 6/5/24 |



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 30 of 37





## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 27 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 52 | 500 | 0 | $0.40 | $0.00 |
| **Non-Electronic Transactions** | | | | | |
| Rtp/Same Day-High Value | 3 | 0 | 3 | $25.00 | $75.00 |
| **Other Service Charges:** | | | | | |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 2 | 4 | 0 | $40.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Standard ACH Pmnts Initial Fee | 10 | 0 | 10 | $2.50 | $25.00 |
| Std ACH Pmnts Volume Fee | 5 | 0 | 5 | $0.15 | $0.75 |
| **Subtotal Other Service Charges (Will be assessed on 6/5/24)** | | | | | **$100.75** |

| **ACCOUNT** 000000111615909 | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 27 |
| **Credits** | |
| Non-Electronic Transactions | 50 |
| **Non-Electronic Transactions** | |
| Rtp/Same Day-High Value | 3 |
| **Other Service Charges:** | |
| **Miscellaneous Fees** | |
| Online US Dollar Intl Wire Fee | 2 |
| **Cash Management Services** | |
| Standard ACH Pmnts Initial Fee | 10 |
| Std ACH Pmnts Volume Fee | 5 |

| **ACCOUNT** 000000527695511 | |
|---|---|
| **Credits** | |
| Non-Electronic Transactions | 2 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

## EXPIRED STOP PAYMENTS

| ENTERED DATE | EXPIRATION DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|
| 08/15/17 | 08/15/24 | 1266 | $3,300.00 |

The preceding Stop Payments will expire on the date in the Expiration Date column and will not automatically renew.



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 31 of 37








**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 32 of 37





This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2024 through May 31, 2024
Account Number: 000000112227258

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00001555 DRE 111 212 15724 NNNNNNNNNNN 1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695




## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$160.31** |
| Deposits and Additions | 6 | 9,501.99 |
| Electronic Withdrawals | 6 | -9,238.94 |
| **Ending Balance** | **12** | **$423.36** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Online Transfer From Chk ...5909 Transaction#: 20678023282 | $1,500.00 |
| 05/10 | Online Transfer From Chk ...5909 Transaction#: 20735086873 | 2,000.00 |
| 05/14 | Online Transfer From Chk ...5909 Transaction#: 20773039475 | 2,000.00 |
| 05/20 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:240518 CO Entry Descr:Transfer Sec:PPD Trace#:021000029401680 Eed:240520 Ind ID: Ind Name:Nutrition53, Inc. Trn: 1419401680Tc | 1.99 |
| 05/28 | Online Transfer From Chk ...5909 Transaction#: 20887194615 | 2,000.00 |
| 05/29 | Online Transfer From Chk ...5909 Transaction#: 20918577318 | 2,000.00 |
| **Total Deposits and Additions** | | **$9,501.99** |





## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Orig CO Name:Jenine Barroga Orig ID:770510487C Desc Date: CO Entry Descr:Iat Paypalsec:Web Trace#:021000024444296 Eed:240506 Ind ID:1034189527736 Ind Name:Nutrition53, Inc. Iatcv240505Ppzb5L Trn: 1274444296Tc | $1,204.99 |
| 05/10 | Orig CO Name:Jenine Barroga Orig ID:770510487C Desc Date: CO Entry Descr:Iat Paypalsec:Web Trace#:021000027505003 Eed:240510 Ind ID:1034310726374 Ind Name:Nutrition53, Inc. Trn: 1317505003Tc | 2,004.99 |
| 05/15 | Orig CO Name:Jenine Barroga Orig ID:770510487C Desc Date: CO Entry Descr:Iat Paypalsec:Web Trace#:021000028383137 Eed:240515 Ind ID:1034390426691 Ind Name:Nutrition53, Inc. Iatcv240514Ppz18Y Trn: 1368383137Tc | 2,004.99 |
| 05/20 | Orig CO Name:Paypal Orig ID:Paypalsi77 Desc Date:240519 CO Entry Descr:Inst Xfer Sec:Web Trace#:021000029221910 Eed:240520 Ind ID:Google Youtube Ind Name:Nutrition53, Inc. 240519Ppzcdz Trn: 1419221910Tc | 13.99 |
| 05/28 | Orig CO Name:Jenine Barroga Orig ID:770510487C Desc Date: CO Entry Descr:Iat Paypalsec:Web Trace#:021000026159875 Eed:240528 Ind ID:1034614334450 Ind Name:Nutrition53, Inc. Iatcv240526Ppz8Zj Trn: 1496159875Tc | 2,004.99 |
| 05/29 | Orig CO Name:Jenine Barroga Orig ID:770510487C Desc Date: CO Entry Descr:Iat Paypalsec:Web Trace#:021000023020207 Eed:240529 Ind ID:1034691958067 Ind Name:Nutrition53, Inc. Trn: 1503020207Tc | 2,004.99 |
| **Total Electronic Withdrawals** | | **$9,238.94** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/06 | $455.32 |
| 05/10 | 450.33 |
| 05/14 | 2,450.33 |
| 05/15 | 445.34 |
| 05/20 | 433.34 |
| 05/28 | 428.35 |
| 05/29 | 423.36 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 35 of 37





## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 6 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

| **ACCOUNT** 000000112227258 | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 6 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

10015550202000000062



Case: 23-40997 Doc# 78 Filed: 06/23/24 Entered: 06/23/24 22:46:56 Page 36 of 37

This Page Intentionally Left Blank