# UNITED STATES BANKRUPTCY COURT

## FOR THE NOR DISTRICT OF   CALIFORNIA

### OAKLAND DIVISION

In Re. NUTRITION 53, INC.                    §          Case No.  23-40997
                                             §
_____             §
                Debtor(s)                    §          ☐ Jointly Administered

# Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 06/30/2024                Petition Date: 08/11/2023

Months Pending: 11                    Industry Classification: | 4 | 4 | 6 | 1 |

Reporting Method:          Accrual Basis ◉          Cash Basis ◯

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0


**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☒     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☒     Accounts receivable aging
☒     Postpetition liabilities aging
☒     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer


Kristine Manlapaz                              Kristine Manlapaz
_____                _____
Signature of Responsible Party                 Printed Name of Responsible Party

07/22/2024
_____
Date

                                               497 Edison Ct. Suite B, Fairfield, CA 94534
                                               _____
                                               Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)
                                    1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $8,589 | |
| b.   Total receipts (net of transfers between accounts) | $66,090 | $217,666 |
| c.   Total disbursements (net of transfers between accounts) | $66,546 | $213,957 |
| d.   Cash balance end of month (a+b-c) | $8,133 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $66,546 | $213,957 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $11,566 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $92,498 | |
| c.   Inventory      (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $113,127 | |
| d    Total current assets | $217,191 | |
| e.   Total assets | $217,191 | |
| f.   Postpetition payables (excluding taxes) | $3,140 | |
| g.   Postpetition payables past due (excluding taxes) | $24,452 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $3,140 | |
| k.   Prepetition secured debt | $15,093,164 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $4,546,931 | |
| n.   Total liabilities (debt) (j+k+l+m) | $19,643,235 | |
| o.   Ending equity/net worth (e-n) | $-19,426,044 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $77,448 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $2,675 | |
| c.   Gross profit (a-b) | $74,773 | |
| d.   Selling expenses | $3,423 | |
| e.   General and administrative expenses | $80,782 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $168 | |
| h.   Interest | $34,930 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $-44,530 | $-138,934 |

Case: 23-40997    Doc# 84    Filed: 07/31/24    Entered: 07/31/24 18:45:46    Page 2 of 35

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

UST Form 11-MOR (12/01/2021)

3

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | | |
|------|--|--|--|--|--|--|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    6

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ◉  No ○

d. Are you current on postpetition tax return filings?  Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i. Do you have:      Worker's compensation insurance?  Yes ○  No ◉

   If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

   Casualty/property insurance?  Yes ◉  No ○

   If yes, are your premiums current?  Yes ○  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?  Yes ◉  No ○

   If yes, are your premiums current?  Yes ○  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k. Has a disclosure statement been filed with the court?  Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| _Kristine Manlapaz_ | Kristine Manlapaz |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CEO | 07/22/2024 |
| Title | Date |



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Nutrition 53, Inc.

## Balance Sheet

### As of June 30, 2024

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1110000 Bank Accounts | 9,219.57 |
| 1120000 Clearing Accounts | 135,706.83 |
| **Total Bank Accounts** | **$144,926.40** |
| Accounts Receivable | |
| 1210000 Accounts Receivables | 104,064.08 |
| **Total Accounts Receivable** | **$104,064.08** |
| Other Current Assets | |
| 1310000 Inventories | 113,127.17 |
| 1320000 Prepaid Expenses | 23,934.43 |
| **Total Other Current Assets** | **$137,061.60** |
| **Total Current Assets** | **$386,052.08** |
| Fixed Assets | |
| 1410001 Computers | 1,941.20 |
| 1410002 Furniture | 2,863.40 |
| 1410003 Software | 31,253.80 |
| 1410004 Leasehold Improvements | 17,059.43 |
| 1410005 Warehouse Equipment | 9,695.88 |
| 1410006 Accumulated Depreciation | -75,736.96 |
| 1410008 Equipment | 11,247.15 |
| 1410009 Office Equipments | 2,402.40 |
| 1510000 Other Non-Current Assets and Intangibles | 106,700.00 |
| 1510004 Accumulated Amortization | -74,665.00 |
| **Total Fixed Assets** | **$32,761.30** |
| **TOTAL ASSETS** | **$418,813.38** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2110000 Accounts Payable | 694,683.32 |
| **Total Accounts Payable** | **$694,683.32** |
| Credit Cards | |
| 2210000 Credit Card | 22,770.42 |
| **Total Credit Cards** | **$22,770.42** |
| Other Current Liabilities | |
| 2310000 Other Current Liability | 4,125,375.76 |
| 2320000 Accruals | 302,854.63 |
| **Total Other Current Liabilities** | **$4,428,230.39** |

# Nutrition 53, Inc.

### Balance Sheet

As of June 30, 2024

| | TOTAL |
|---|---|
| **Total Current Liabilities** | **$5,145,684.13** |
| Long-Term Liabilities | |
| 2410000 Long Term Liabilities | 321,994.21 |
| **Total Long-Term Liabilities** | **$321,994.21** |
| **Total Liabilities** | **$5,467,678.34** |
| Equity | |
| 3110000 Additional Paid In Capital | 8,075,979.42 |
| 3210000 Contributed Capital (Par Value) | 6,440.25 |
| 3310000 Retained Earnings | -12,837,501.96 |
| Net Income | -293,782.67 |
| **Total Equity** | **$ -5,048,864.96** |
| **TOTAL LIABILITIES AND EQUITY** | **$418,813.38** |

Accrual Basis  Monday, July 22, 2024 02:06 PM GMT-07:00

# Nutrition 53, Inc.

## Profit and Loss

June 2024

|  | TOTAL |
|---|---|
| Income | |
| 4120000 Protein Powder | 10,761.08 |
| 4140000 Capsules | 478.04 |
| 4210000 Other Sales | 2,553.80 |
| 4310000 Sales Discount and MCB | -64.15 |
| Sales on Distribution | 63,718.76 |
| **Total Income** | **$77,447.53** |
| Cost of Goods Sold | |
| 5120000 Protein Powder. | 2,578.72 |
| 5140000 Capsules. | 96.18 |
| **Total Cost of Goods Sold** | **$2,674.90** |
| GROSS PROFIT | **$74,772.63** |
| Expenses | |
| 6140000 Bank Charges. | 2,287.03 |
| 6160000 Business Insurances | 1,111.18 |
| 6170000 Interests | 34,930.35 |
| 6190000 Office/General Administrative Expenses | 2,249.96 |
| 6260000 Travel Expense | 2,092.90 |
| 8210000 Salaries and Wages.. | 62,150.00 |
| 8220000 Rent or Lease.. | 7,514.88 |
| 8240000 Shipping, Freight and Delivery | 3,422.88 |
| 8270000 Utilities.. | 3,375.91 |
| **Total Expenses** | **$119,135.09** |
| NET OPERATING INCOME | **$ -44,362.46** |
| Other Expenses | |
| 8120000 Amortization.. | 167.50 |
| **Total Other Expenses** | **$167.50** |
| NET OTHER INCOME | **$ -167.50** |
| NET INCOME | **$ -44,529.96** |

Accrual Basis  Monday, July 29, 2024 02:05 PM GMT-07:00

# Nutrition 53, Inc.
## Statement of Capital Asset
### As of June 30, 2024

|  | Total |
|---|---:|
| **Fixed Assets** |  |
| **1410001 Computers** | 1,941.20 |
| **1410002 Furniture** | 2,863.40 |
| **1410003 Software** | 31,253.80 |
| **1410004 Leasehold Improvements** | 17,059.43 |
| **1410005 Warehouse Equipment** | 9,695.88 |
| **1410006 Accumulated Depreciation** | -75,736.96 |
| **1410007 Truck** | 0.00 |
| **1410008 Equipment** | 11,247.15 |
| **1410009 Office Equipments** | 2,402.40 |
| **1510000 Other Non-Current Assets and Intangibles** |  |
| **1510001 Organizational Expenses** | 40,200.00 |
| **1510002 Formulation** | 25,000.00 |
| **1510007 Membership** | 41,500.00 |
| **Total 1510000 Other Non-Current Assets and Intangibles** | **$ 106,700.00** |
| **1510004 Accumulated Amortization** | -74,665.00 |
| **Total Fixed Assets** | **$ 32,761.30** |

**Nutrition 53, Inc.**

**Statement of Cash Flows**

**June 1-30,2024**

| | January |
|---|---|
| **Cash Beginning** | **$8,588.68** |
| | |
| Cash Receipts | $66,090.07 |
| | |
| Payments to Vendors | $47,352.01 |
| Admin Expenses | $19,193.72 |
| Total Disbursements | $66,545.73 |
| | |
| **Cash End** | **$8,133.02** |

# Nutrition 53, Inc.

## A/P Aging Summary

As of June 30, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| All Points Manufacturing | | | | | 4,536.60 | $4,536.60 |
| Altec Packaging, Inc | | | | | 5,534.80 | $5,534.80 |
| Boos & Associates | | | | | 13,163.81 | $13,163.81 |
| Boutin Jones Inc | | | | | 2,064.00 | $2,064.00 |
| Central Transport | | | | | 3,360.09 | $3,360.09 |
| Command Nutritionals | | | | | 246,836.83 | $246,836.83 |
| CommerceHub | | | | | 67.00 | $67.00 |
| Ergo Law | | | | | 3,300.00 | $3,300.00 |
| Federal Express | | | | | 71,896.84 | $71,896.84 |
| Formulation Solutions | | | | | 7,000.00 | $7,000.00 |
| Proform Laboratories | | | | | 57,352.76 | $57,352.76 |
| Smoothie King Historical | | | | | 232,365.45 | $232,365.45 |
| Total Quality Logistics | | | | | 5,155.00 | $5,155.00 |
| Veritas Property Management | | 9,643.11 | 9,643.11 | 5,162.63 | | $24,448.85 |
| Wide Umbrella | | | | | 11,500.00 | $11,500.00 |
| Zoe Padilla. | 3,140.14 | | | 2.97 | 2,958.18 | $6,101.29 |
| TOTAL | $3,140.14 | $9,643.11 | $9,643.11 | $5,165.60 | $667,091.36 | $694,683.32 |

Case: 23-40997    Doc# 84    Filed: 07/31/24    Entered: 07/31/24 18:45:46    Page 18 of 35

# Nutrition 53, Inc.

## A/R Aging Summary
### As of June 30, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Amazon | 863.02 | 1,915.25 | | | 92,312.89 | $95,091.16 |
| Caveman | | | | | 272.25 | $272.25 |
| GNC | | | | | 1,259.30 | $1,259.30 |
| Lean1.com Shopify | 7,282.09 | -113.97 | | | | $7,168.12 |
| PFA | | | | | -2,229.50 | $ -2,229.50 |
| Sam's Club | | | | | 554.83 | $554.83 |
| ShopHQ | | | | | 327.92 | $327.92 |
| The Kroger Co. | 1,620.00 | | | | | $1,620.00 |
| TOTAL | $9,765.11 | $1,801.28 | $0.00 | $0.00 | $92,497.69 | $104,064.08 |



## Statement for June 2024

Nutrition53, Inc.
497 Ediston Ct.
Suite B
94534 Fairfield

### Balance Summary (6/1/24 - 6/30/24)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 0.00 | 0.00 | 0.00 | 0.00 |

Case: 23-40997    Doc# 84    Filed: 07/31/24    Entered: 07/31/24 18:45:46    Page 20 of 35



## Activity Summary (6/1/24 - 6/30/24)

|  | USD |
|---|---|
| **Beginning Available Balance** | **0.00** |
| Payments received | 0.00 |
| Payments sent | -5,513.99 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 5,528.96 |
| Fees | -14.97 |
| **Ending Available Balance** | **0.00** |



## Payments sent

| Description | USD |
|---|---|
| General payment | -5,500.00 |
| Payment Bill User Payment | -13.99 |
| Total | -5,513.99 |

## Deposits and Credits

| Description | USD |
|---|---|
| Transfer Deposit | 5,528.96 |
| Total | 5,528.96 |

## Fees

| Description | USD |
|---|---|
| Fee | -14.97 |
| Total | -14.97 |


## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|------|-------------|--------------|-------|-----|-----|
| 6/11/24 | General Payment ID: 94P985922F180912Y | Jenine Barroga jeninewbarroga@gmail.com | -3,000.00 | -4.99 | -3,004.99 |
| 6/11/24 | Bank Deposit to PP Account ID: 5N434627UE4026845 | | 3,004.99 | 0.00 | 3,004.99 |
| 6/14/24 | General Payment ID: 0H926193GF756103G | Jenine Barroga jeninewbarroga@gmail.com | -1,000.00 | -4.99 | -1,004.99 |
| 6/14/24 | Bank Deposit to PP Account ID: 67M45549HB0130420 | | 1,004.99 | 0.00 | 1,004.99 |
| 6/19/24 | PreApproved Payment Bill User Payment ID: 7K5543962R8915152 | Google paypal-account-usd@google.com | -13.99 | 0.00 | -13.99 |
| 6/19/24 | Bank Deposit to PP Account ID: 3JW99281Y88336909 | | 13.99 | 0.00 | 13.99 |
| 6/26/24 | General Payment ID: 79D86894UJ6192531 | Jenine Barroga jeninewbarroga@gmail.com | -1,500.00 | -4.99 | -1,504.99 |
| 6/26/24 | Bank Deposit to PP Account ID: 149962987K154041S | | 1,504.99 | 0.00 | 1,504.99 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024

Account Number: **000000527695511**



---

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00018179 DRE 703 210 18524 NNNNNNNNNNN  1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695

---

### Good news - we reduced Non-Chase ATM Fees in more U.S. territories

As of February 20, 2024, we lowered the transaction fee from $5 to $3 for cash withdrawals made at non-Chase ATMs in American Samoa, Guam and the Northern Mariana Islands. We don't charge these fees when you use a Chase ATM.

We will continue to waive this fee for Chase Business Complete Checking℠ accounts with Chase Military Banking benefits, Chase Platinum Business Checking℠ and Chase Performance Business Checking® accounts.

Surcharge fees from the ATM owner/network may still apply. A Foreign Exchange Rate Adjustment Fee from Chase will apply for ATM withdrawals in the currency other than U.S. dollars.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

---

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$153.02** |
| Deposits and Additions | 1 | 500.00 |
| Electronic Withdrawals | 1 | -500.00 |
| **Ending Balance** | **2** | **$153.02** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Online Transfer From Chk ...5909 Transaction#: 21062245200 | $500.00 |
| **Total Deposits and Additions** | | **$500.00** |

Case: 23-40997   Doc# 84   Filed: 07/31/24   Entered: 07/31/24 18:45:46   Page 24 of 35



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/12 | Orig CO Name:Barclaycard US      Orig ID:2510407970 Desc Date:      CO Entry<br>Descr:Creditcardsec:Web   Trace#:026002577117790 Eed:240612   Ind ID:1138838944<br>Ind Name:Kristine Manlapaz Trn: 1647117790Tc | $500.00 |
| **Total Electronic Withdrawals** | | **$500.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/11 | $653.02 |
| 06/12 | 153.02 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 23-40997   Doc# 84   Filed: 07/31/24   Entered: 07/31/24 18:45:46   Page 25 of 35



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024

Account Number: 000000111615909



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00002846 DRE 703 210 18524 NNNNNNNNNNN 1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695

## Good news - we reduced Non-Chase ATM Fees in more U.S. territories

As of February 20, 2024, we lowered the transaction fee from $5 to $3 for cash withdrawals made at non-Chase ATMs in American Samoa, Guam and the Northern Mariana Islands. We don't charge these fees when you use a Chase ATM.

We will continue to waive this fee for Chase Business Complete Checking(SM) accounts with Chase Military Banking benefits, Chase Platinum Business Checking(SM) and Chase Performance Business Checking® accounts.

Surcharge fees from the ATM owner/network may still apply. A Foreign Exchange Rate Adjustment Fee from Chase will apply for ATM withdrawals in the currency other than U.S. dollars.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,487.54** |
| Deposits and Additions | 23 | 55,213.18 |
| ATM & Debit Card Withdrawals | 50 | -6,659.38 |
| Electronic Withdrawals | 26 | -49,712.52 |
| Fees | 1 | -100.75 |
| **Ending Balance** | **100** | **$1,228.07** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.



# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240603 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000024764981 Eed:240603    Ind ID:11133525982 Ind Name:Nutrition 53        May 29-30 Trn: 1554764981Tc | $2,090.95 |
| 06/04 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240604 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000022745713 Eed:240604    Ind ID:11133693371 Ind Name:Nutrition 53        May 30 - Jun 2 Trn: 1562745713Tc | 6,374.11 |
| 06/05 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240605 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000029670568 Eed:240605    Ind ID:11133832365 Ind Name:Nutrition 53        Jun 2-3 Trn: 1579670568Tc | 548.08 |
| 06/06 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240606 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000028842406 Eed:240606    Ind ID:11133969854 Ind Name:Nutrition 53        Jun 3-4 Trn: 1588842406Tc | 946.83 |
| 06/07 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240607 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000024858623 Eed:240607    Ind ID:11134142579 Ind Name:Nutrition 53        Jun 4-5 Trn: 1594858623Tc | 2,318.73 |
| 06/07 | Orig CO Name:Vitacost.Com        Orig ID:1371333024 Desc Date:240606 CO Entry Descr:Trade Pay Sec:CCD        Trace#:091000014244018 Eed:240607    Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1594244018Tc | 259.31 |
| 06/10 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240610 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000023136768 Eed:240610    Ind ID:11134317304 Ind Name:Nutrition 53        Jun 5-6 Trn: 1623136768Tc | 1,291.12 |
| 06/11 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240611 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000027557420 Eed:240611    Ind ID:11134465492 Ind Name:Nutrition 53        Jun 6-9 Trn: 1637557420Tc | 6,251.91 |
| 06/11 | Orig CO Name:Vitacost.Com        Orig ID:1371333024 Desc Date:240610 CO Entry Descr:Trade Pay Sec:CCD        Trace#:091000017273795 Eed:240611    Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1637273795Tc | 518.61 |
| 06/12 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240612 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000027480813 Eed:240612    Ind ID:11134593746 Ind Name:Nutrition 53        Jun 9-10 Trn: 1647480813Tc | 1,037.61 |
| 06/13 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240613 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000029429366 Eed:240613    Ind ID:11134723181 Ind Name:Nutrition 53        Jun 11-12 Trn: 1659429366Tc | 2,349.08 |
| 06/14 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240614 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000027531628 Eed:240614    Ind ID:11134908461 Ind Name:Nutrition 53        Jun 11-12 Trn: 1667531628Tc | 802.47 |
| 06/17 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240617 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000021637417 Eed:240617    Ind ID:11135102345 Ind Name:Nutrition 53        Jun 12-13 Trn: 1691637417Tc | 2,127.24 |
| 06/20 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240620 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000022882749 Eed:240620    Ind ID:11135335304 Ind Name:Nutrition 53 Trn: 1722882749Tc | 8,807.78 |
| 06/20 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240620 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000022882750 Eed:240620    Ind ID:11135322975 Ind Name:Nutrition 53        Jun 16-17 Trn: 1722882750Tc | 2,617.59 |
| 06/21 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240621 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000026388309 Eed:240621    Ind ID:11135452965 Ind Name:Nutrition 53        Jun 17-18 Trn: 1736388309Tc | 2,168.64 |
| 06/21 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240621 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000026388307 Eed:240621    Ind ID:11135615152 Ind Name:Nutrition 53        Jun 18-19 Trn: 1736388307Tc | 943.66 |
| 06/24 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240624 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000027553928 Eed:240624    Ind ID:11135760830 Ind Name:Nutrition 53        Jun 19-20 Trn: 1767553928Tc | 1,683.89 |
| 06/25 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240625 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000029165624 Eed:240625    Ind ID:11135900219 Ind Name:Nutrition 53        Jun 20-23 Trn: 1779165624Tc | 4,422.19 |
| 06/26 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240626 CO Entry Descr:ACH Pmt  Sec:CCD        Trace#:021000027811659 Eed:240626    Ind ID:11136011939 Ind Name:Nutrition 53        Jun 23-24 Trn: 1787811659Tc | 959.72 |

Case: 23-40997    Doc# 84    Filed: 07/31/24    Entered: 07/31/24 18:45:46    Page 27 of 35



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/26 | Orig CO Name:Vitacost.Com        Orig ID:1371333024 Desc Date:240625 CO Entry Descr:Trade Pay Sec:CCD   Trace#:091000017425364 Eed:240626  Ind ID:Nutrit53 Ind Name:Nutrition 53 Inc Trn: 1787425364Tc | 777.93 |
| 06/27 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240627 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023766446 Eed:240627   Ind ID:11136148036 Ind Name:Nutrition 53       Jun 24-25 Trn: 1793766446Tc | 1,870.43 |
| 06/28 | Orig CO Name:Pro Performance        Orig ID:9200502235 Desc Date:240628 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000028476636 Eed:240628   Ind ID:11136336530 Ind Name:Nutrition 53       Jun 25-26 Trn: 1808476636Tc | 4,045.30 |

| **Total Deposits and Additions** | **$55,213.18** |
|---|---|



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | Recurring Card Purchase 05/31 Kaiser Pay Internet 800-464-4000 CA Card 0665 | $712.51 |
| 06/03 | Recurring Card Purchase 06/01 Google *Gsuite_Nutri Cc@Google.Com CA Card 0665 | 264.13 |
| 06/03 | Recurring Card Purchase 06/01 Skype Redmond WA Card 0665 | 6.50 |
| 06/03 | Recurring Card Purchase 06/02 Xero US Inv-5378022 Httpswww.Xero CO Card 0665 | 15.00 |
| 06/03 | Card Purchase          06/02 Dialpad Meetings 415-842-9989 CA Card 0665 | 20.00 |
| 06/03 | Card Purchase W/Cash   06/03 Safeway #0962 Alamo CA Card 0665 Purchase $178.01 Cash Back $60.00 | 238.01 |
| 06/04 | Card Purchase With Pin  06/04 Shell Service Station Alamo CA Card 0665 | 58.21 |
| 06/05 | Card Purchase          06/03 Skype Redmond WA Card 0665 | 5.00 |
| 06/10 | Recurring Card Purchase 06/08 Skype Redmond WA Card 0665 | 8.52 |
| 06/10 | Card Purchase          06/08 Coverdash Policy(S) Httpswww.Usea CA Card 0665 | 842.02 |
| 06/10 | Card Purchase          06/08 Amazon Prime*Xs1Bj1S Amzn.Com/Bill WA Card 0665 | 16.25 |
| 06/10 | Card Purchase          06/09 Ebay C 17137041870 408-3766151 CA Card 0665 | 4.95 |
| 06/10 | Recurring Card Purchase 06/09 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 0665 | 200.00 |
| 06/10 | Recurring Card Purchase 06/09 Docusign Inc. 800-3799973 De Card 0665 | 15.00 |
| 06/12 | Card Purchase          06/11 Amzn Mktp US*Kw5Nl3Y Amzn.Com/Bill WA Card 0665 | 256.83 |
| 06/12 | Card Purchase          06/11 Amzn Mktp US*VT31462 Amzn.Com/Bill WA Card 0665 | 148.66 |
| 06/14 | Recurring Card Purchase 06/14 Www.Saasant.Com Httpswww.Saas De Card 0665 | 15.00 |
| 06/17 | Card Purchase With Pin  06/16 Shell Service Station Alamo CA Card 0665 | 51.56 |
| 06/17 | Card Purchase W/Cash    06/16 Safeway #0962 Alamo CA Card 0665 Purchase $225.25 Cash Back $60.00 | 285.25 |
| 06/17 | Recurring Card Purchase 06/17 Www.Namogoo.Com Www.Namogoo.C MA Card 0665 | 240.00 |
| 06/17 | Recurring Card Purchase 06/17 Ring Unlimited Month Httpsring.Com CA Card 0665 | 10.00 |
| 06/20 | Card Purchase          06/17 Alaska Air  02723734727 Seattle WA Card 0665 | 295.00 |
| 06/20 | Card Purchase          06/17 Alaska Air  02723734756 Seattle WA Card 0665 | 295.00 |
| 06/20 | Card Purchase          06/19 Macys 076 Wbr Sbux 6577 Wayne NJ Card 0665 | 10.66 |
| 06/20 | Card Purchase          06/19 Macys 076 Wbr Sbux 6577 Wayne NJ Card 0665 | 4.16 |
| 06/20 | Card Purchase          06/19 Exxon Bisma Service Ce New York NY Card 0665 | 25.00 |
| 06/20 | Card Purchase          06/20 Sq *Black Fox Coffee New York NY Card 0665 | 14.70 |
| 06/21 | Card Purchase          06/19 Hertz #0196213 New York NY Card 0665 | 239.75 |
| 06/21 | Recurring Card Purchase 06/20 Republic Services Tra 866-576-5548 AZ Card 0665 | 81.24 |
| 06/21 | Recurring Card Purchase 06/21 Endicia 800-576-3279 TX Card 0665 | 19.99 |
| 06/24 | Recurring Card Purchase 06/22 Shipstation 512-485-4282 TX Card 0665 | 209.99 |
| 06/24 | Card Purchase          06/21 Sq *Levain Bakery New York NY Card 0665 | 11.55 |
| 06/24 | Card Purchase          06/21 Sq *Levain Bakery New York NY Card 0665 | 31.80 |
| 06/24 | Card Purchase          06/22 Dd Doordash BB.Qchick 8559731040 CA Card 0665 | 68.58 |
| 06/24 | Card Purchase          06/22 Zaytinya New York NY Card 0665 | 81.50 |
| 06/24 | Card Purchase          06/22 Sonder Www.Sonder.CO CA Card 0665 | 45.90 |


# ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/24 | Card Purchase          06/22 IL Tinello New York NY Card 0665 | 168.83 |
| 06/24 | Card Purchase          06/23 Tst* Friedmans - Chelse New York NY Card 0665 | 126.30 |
| 06/24 | Recurring Card Purchase 06/23 Att* Bill Payment 800-331-0500 TX Card 0665 | 172.03 |
| 06/24 | Card Purchase          06/23 Sq *Manuel Pastuizaca Woodside NY Card 0665 | 171.60 |
| 06/24 | Card Purchase          06/23 Jfkt7 Apt7B Deli Mkt 41 Jamaica NY Card 0665 | 10.10 |
| 06/24 | Card Purchase With Pin  06/23 Uber   *Trip San Francisco CA Card 0665 | 23.91 |
| 06/24 | Card Purchase With Pin  06/23 Uber   *Trip San Francisco CA Card 0665 | 33.96 |
| 06/24 | Card Purchase With Pin  06/24 Uber   *Trip San Francisco CA Card 0665 | 80.94 |
| 06/25 | Card Purchase          06/23 The Whitby Hotel-2 New York NY Card 0665 | 198.31 |
| 06/25 | Recurring Card Purchase 06/24 Userway.Org Userway.Org De Card 0665 | 49.00 |
| 06/26 | Card Purchase          06/26 Dd Doordash Yifangtai 8559731040 CA Card 0665 | 60.40 |
| 06/26 | Card Purchase W/Cash   06/26 Safeway #0962 Alamo CA Card 0665 Purchase $142.25 Cash Back $60.00 | 202.25 |
| 06/27 | Card Purchase          06/26 Sps Commerce 612-435-9400 MN Card 0665 | 508.53 |
| 06/27 | Card Purchase With Pin  06/27 Skype Redmond WA Card 0665 | 5.00 |
| | **Total ATM & Debit Card Withdrawals** | **$6,659.38** |

# ATM & DEBIT CARD SUMMARY

Kristine P Manlapaz  Card 0665

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,659.38 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,659.38 |
| Total Card Deposits & Credits | $0.00 |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | 06/03 Online International Wire Transfer A/C: Bank of The Philippine Islands Makati City Philippines 1226 Ph Ref:/Rfb/007294021455N Consultancy Expenses Trn: 3047314155Es | $1,500.00 |
| 06/03 | Orig CO Name:Paypal          Orig ID:Paypalmtcu Desc Date:240602 CO Entry Descr:Transfer Sec:Web   Trace#:091000010071894 Eed:240603   Ind ID:Wal-Mart.Com US Ind Name:Nutrition53 Inc.                                                Transfer Trn: 1550071894Tc | 0.34 |
| 06/04 | Orig CO Name:Pgande          Orig ID:5940742640 Desc Date:Jun 24 CO Entry Descr:Web Onlinesec:Web  Trace#:028000083867815 Eed:240604   Ind ID:92714841051824 Ind Name:Nutrition 53 Inc                                            Web Online Trn: 1563867815Tc | 193.16 |
| 06/04 | 06/04 Online ACH Payment 11133814722 To Wideumbrella (_######1890) | 6,000.00 |
| 06/07 | 06/07 Same-Day ACH Payment 11134291632 To Wideumbrella (_######1890) | 5,000.00 |
| 06/10 | Zelle Payment To Adonis Alambra Jpm99Aii1Dzi | 300.00 |
| 06/11 | 06/11 Online ACH Payment 11134574219 To Cyrusrosales (_###7722) | 2,500.00 |
| 06/11 | 06/11 Online Transfer To Chk ...7258 Transaction#: 21062122407 | 3,000.00 |
| 06/11 | 06/11 Online Transfer To Chk ...5511 Transaction#: 21062245200 | 500.00 |
| 06/12 | 06/12 Online ACH Payment 11134744070 To Adonisalambra (_#######6294) | 1,500.00 |
| 06/13 | Orig CO Name:Liberty          Orig ID:0000061050 Desc Date:240613 CO Entry Descr:Mutual   Sec:Web   Trace#:021000026092344 Eed:240613   Ind ID:7113796 Ind Name:Nutrition 53 *Inc 844-961-0334 Trn: 1656092344Tc | 238.91 |


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/14 | 06/14 Online Transfer To Chk ...7258 Transaction# 21098761513 | 1,000.00 |
| 06/17 | Orig CO Name:Paypal        Orig ID:Paypalmtcu Desc Date:240616 CO Entry Descr:Transfer  Sec:Web    Trace#:091000018757286 Eed:240617   Ind ID:Wal-Mart.Com  US Ind Name:Nutrition53  Inc.                                                              Transfer Trn: 1698757286Tc | 0.34 |
| 06/17 | 06/17 Same-Day ACH Payment 11135165507 To Quynhsloan (_######1947) | 2,500.00 |
| 06/18 | Orig CO Name:American Express       Orig ID:9493560001 Desc Date:240618 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000022791602 Eed:240618   Ind ID:A1190 Ind Name:William Romanowski                                                  Am Trn: 1702791602Tc | 500.00 |
| 06/20 | 06/20 Online International Wire Transfer A/C: Bank of The Philippine Islands Makati City Philippines 1226 Ph Ref:/Rfb/007294021455N Invoice Payment Trn: 3071364172Es | 3,500.00 |
| 06/20 | 06/20 Same-Day ACH Payment 11135439234 To Wideumbrella (_######1890) | 6,500.00 |
| 06/20 | 06/20 Online ACH Payment 11135716451 To Centraltransport (_#######7668) | 642.73 |
| 06/24 | 06/24 Online ACH Payment 11135931870 To Wingseeng (_########8161) | 3,053.71 |
| 06/25 | 06/25 Online ACH Payment 11135997294 To Rosettacheung (_#########9071) | 2,500.00 |
| 06/26 | 06/26 Online Transfer To Chk ...7258 Transaction# 21210929892 | 1,500.00 |
| 06/26 | 06/26 Same-Day ACH Payment 11136111324 To Annetanswai (_########8148) | 333.33 |
| 06/26 | 06/26 Online ACH Payment 11136172797 To Commandnutritionalsllc (_####6181) | 950.00 |
| 06/27 | 06/27 Online ACH Payment 11136432744 To Cyrusrosales (_###7722) | 2,500.00 |
| 06/28 | 06/28 Same-Day ACH Payment 11136546697 To Adonisalambra (_########6294) | 1,500.00 |
| 06/28 | 06/28 Same-Day ACH Payment 11136540683 To Jonathanpadilla (_######5531) | 2,000.00 |
| **Total Electronic Withdrawals** | | **$49,712.52** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/05 | Service Charges For The Month of May | $100.75 |
| **Total Fees** | | **$100.75** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06/03 | $1,822.00 | 06/12 | 718.96 | 06/21 | 4,066.13 |
| 06/04 | 1,944.74 | 06/13 | 2,829.13 | 06/24 | 1,459.32 |
| 06/05 | 2,387.07 | 06/14 | 2,616.60 | 06/25 | 3,134.20 |
| 06/06 | 3,333.90 | 06/17 | 1,656.69 | 06/26 | 1,825.87 |
| 06/07 | 911.94 | 06/18 | 1,156.69 | 06/27 | 682.77 |
| 06/10 | 816.32 | 06/20 | 1,294.81 | 06/28 | 1,228.07 |
| 06/11 | 1,586.84 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included:  00000000000527695511

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $150.15 |
| **Total Service Charges** | **$150.15**   Will be assessed on 7/3/24 |



# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 23 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 58 | 500 | 0 | $0.40 | $0.00 |
| **Non-Electronic Transactions** | | | | | |
| Rtp/Same Day-High Value | 5 | 0 | 5 | $25.00 | $125.00 |
| **Other Service Charges:** | | | | | |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 2 | 4 | 0 | $40.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Standard ACH Pmnts Initial Fee | 10 | 0 | 10 | $2.50 | $25.00 |
| Std ACH Pmnts Volume Fee | 1 | 0 | 1 | $0.15 | $0.15 |
| **Subtotal Other Service Charges (Will be assessed on 7/3/24)** | | | | | **$150.15** |

**ACCOUNT** 000000111615909

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 23 |
| **Credits** | |
| Non-Electronic Transactions | 57 |
| **Non-Electronic Transactions** | |
| Rtp/Same Day-High Value | 5 |
| **Other Service Charges:** | |
| **Miscellaneous Fees** | |
| Online US Dollar Intl Wire Fee | 2 |
| **Cash Management Services** | |
| Standard ACH Pmnts Initial Fee | 10 |
| Std ACH Pmnts Volume Fee | 1 |

**ACCOUNT** 000000527695511

| | |
|---|---|
| **Credits** | |
| Non-Electronic Transactions | 1 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024

Account Number: 000000112227258



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00001066 DRE 111 212 18524 NNNNNNNNNNN  1 000000000 D2 0000
NUTRITION 53, INC. DEBTOR IN POSSESSION
CASE NO 23-40997
497 EDISON CT STE B
FAIRFIELD CA 94534-1695

## Good news - we reduced Non-Chase ATM Fees in more U.S. territories

As of February 20, 2024, we lowered the transaction fee from $5 to $3 for cash withdrawals made at non-Chase ATMs in American Samoa, Guam and the Northern Mariana Islands. We don't charge these fees when you use a Chase ATM.

We will continue to waive this fee for Chase Business Complete Checking[SM] accounts with Chase Military Banking benefits, Chase Platinum Business Checking[SM] and Chase Performance Business Checking® accounts.

Surcharge fees from the ATM owner/network may still apply. A Foreign Exchange Rate Adjustment Fee from Chase will apply for ATM withdrawals in the currency other than U.S. dollars.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$423.36** |
| Deposits and Additions | 3 | 5,500.00 |
| Electronic Withdrawals | 4 | -5,528.96 |
| **Ending Balance** | **7** | **$394.40** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Online Transfer From Chk ...5909 Transaction#: 21062122407 | $3,000.00 |
| 06/14 | Online Transfer From Chk ...5909 Transaction#: 21098761513 | 1,000.00 |
| 06/26 | Online Transfer From Chk ...5909 Transaction#: 21210929892 | 1,500.00 |
| **Total Deposits and Additions** | | **$5,500.00** |

Case: 23-40997    Doc# 84    Filed: 07/31/24    Entered: 07/31/24 18:45:46    Page 32 of 35


## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Orig CO Name:Jenine Barroga      Orig ID:770510487C Desc Date:      CO Entry Descr:Iat Paypalsec:Web    Trace#:021000027539592 Eed:240611   Ind ID:1034969860613 Ind Name:Nutrition53, Inc. Trn: 1637539592Tc | $3,004.99 |
| 06/14 | Orig CO Name:Jenine Barroga      Orig ID:770510487C Desc Date:      CO Entry Descr:Iat Paypalsec:Web    Trace#:021000022182020 Eed:240614   Ind ID:1035037841998 Ind Name:Nutrition53, Inc. Trn: 1662182020Tc | 1,004.99 |
| 06/20 | Orig CO Name:Paypal          Orig ID:Paypalsi77 Desc Date:240619 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000027487333 Eed:240620   Ind ID:Google Youtube        Ind Name:Nutrition53, Inc. 240619Ppz5O3 Trn: 1727487333Tc | 13.99 |
| 06/26 | Orig CO Name:Jenine Barroga      Orig ID:770510487C Desc Date:      CO Entry Descr:Iat Paypalsec:Web    Trace#:021000024699261 Eed:240626   Ind ID:1035272145002 Ind Name:Nutrition53, Inc. Trn: 1784699261Tc | 1,504.99 |
| **Total Electronic Withdrawals** | | **$5,528.96** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/11 | $418.37 |
| 06/14 | 413.38 |
| 06/20 | 399.39 |
| 06/26 | 394.40 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 4 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT** 000000112227258

| | | |
|---|---|---|
| **Other Service Charges:** | | |
| **Credits** | | |
| Non-Electronic Transactions | 4 | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

Case: 23-40997   Doc# 84   Filed: 07/31/24   Entered: 07/31/24 18:45:46   Page 33 of 35





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 23-40997   Doc# 84   Filed: 07/31/24   Entered: 07/31/24 18:45:46   Page 34 of 35


This Page Intentionally Left Blank