Miles Woodlief (SBN124467)
Archer™
775 East Blithedale Avenue
Suite 514
Mill Valley, California
phone: (415) 730-3032
facsimile:(415) 366-2956
Attorney for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| | |
|---|---|
| In Re: <br><br> Nutrition 53, Inc. <br><br><br> Employer's Tax Identification (EIN) No. : 30-0369583 <br><br> Debtor | Chapter 11 <br><br> Case No.: 4:23-bk-40997 <br><br><br> CHAPTER 11 FOURTH STATUS CONFERENCE STATEMENT |

THE DEBTORS' BANKRUPTCY CASE

**Nature of operations and factors leading to bankruptcy filing**:

Debtor-in-Possession (Debtor") is a retailer of specific nutritional supplements. It offers its products wholesale and retail level and via online marketplaces.

The IRS began to levy against its commercial relationships, creating as cash flow problem that was unsustainable. Bankruptcy was the only process available to curtail those activities.

**Debtor's attendance at § 341(a) Meeting of Creditors**

The Debtor has attended the 341 meeting and provided to the U.S. Trustee all requested tax and operational documents.

**Estate's need for professionals**

The estate has established liquidity. Counsel has submitted his Employment Application to the Board for approval and it has just been unanimously approved. Counsel will now file that Application immediately. As noted previously, Counsel's Application will be prospective and will at no time include legal serves rendered prior to the date of the application. Those will be deemed *pro bono*. Out of pocket costs will, however, be sought. Debtor may, in the future, seek to retain an accountant to review its financial predicates for the Plan.

**Debtor's Reporting And Payment Obligations**

Debtor is current through August 2024 with its Operating Reports. Counsel is informed that Debtor is current with his quarterly U.S. Trustee fees.

**Interest Bearing Account for recovered funds**

As Debtor will be shortly commencing its objections to claims, it will be opening an interest-bearing account for the funds recovered for the estate.

**Status of Disclosure Statement and Plan**

Debtor has commenced the preparation of its Reorganization Plan and Disclosure Statement and Objections to Claims. It anticipates filing within 30 days after the approval of his Employment Application. This is a change in the process anticipated in the prior Conference but has been deemed prudent in light of the objections process and recent changes in the status of the District Court matter.

**Unique issues regarding secured debt**

Debtor intends to avoid its unsecured or under secured liens, or both, under 11 USC §506, including motions per *In re Lam* 211 B.R. 36 (9th Cir. BAP 1997). Debtor anticipates

not more than two (2) liens that will be impacted.

**Financial results from post-petition operations**

As the operating reports reveals, the Debtor has begun to see expected income levels return and is seeing growth without complication. The income from the licensing agreements is now consistent and growing steadily, allowing for the visible basis for a budget and t predicated strategy for its Reorganization Plan.

**Litigation status**

The previously pending District Court had been administratively dismissed. The Parties will Stipulate to the reinstatement of that case the week of September 23, 2024 and will reset the trial date and all discovery, and motion deadlines.

**Compliance with U.S. Trustee's requests**

Debtor is in full Compliance with the U.S. Trustees requests.

**An outline of the proposed Chapter 11 plan**

The Plan will either pay 100% to all creditors if the IRS claim or lien, or both, are invalidated or will provide significantly less if it is not.

Dated: September 18, 2024

By: _____

Miles Archer Woodlief
Attorney at Law
775 East Blithedale Ave., #514
Mill Valley, CA 94941
phone: (415) 730-3032
facsimile:(415) 366-2956