

The following constitutes the order of the Court.
Signed: September 25, 2024

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

NUTRITION 53, INC.,

        Debtor.

Case No.  23-40997 CN
Chapter 11

**ORDER FOLLOWING STATUS CONFERENCE**

On September 20, 2024, the court conducted a status conference in the above-captioned case.  Appearances were stated on the record.  For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. Debtor's counsel shall file an Amended Employment Application no later than **September 23, 2024**.  Objections to the Amended Employment Application shall be filed by **October 7, 2024**.  Any response shall be filed by **October 15, 2024**.

2. A hearing will be held on the Amended Employment Application on **October 18, 2024, at 3:00 p.m.**  Debtor shall notice the Amended Employment Application for hearing.  Any notice shall contain the deadlines set forth herein.

1  3.  The status conference is continued to November 22, 2024, at 11:00 a.m.

2  **\*\*\*END OF ORDER\*\*\***

Case No. 23-40997

# **<u>COURT SERVICE LIST</u>**

**Nutrition 53, Inc.**
3008 Oakraider Dr.
Alamo, CA 94507

Other recipients are ECF participants

Case: 23-40997    Doc# 92    Filed: 09/25/24    Entered: 09/25/24 17:00:55    Page 3 of 3